**Appendix H**

# INFORMATION REGARDING
# SPECIAL ASSIGNMENTS
### See  D.C.COLO.LCivR 40.1

Case number of action being filed: _____

Case number of claimed related pending case in this court: 12-mc-0006 through 12-mc-0016

Judge assigned to claimed related case: Magistrate Judge Boyd N. Boland

Type of action of claimed related case: Civil Seizure Warrants

Status of claimed related pending case:  Seizure warrants executed 1/25/2012

State reasons the new case is claimed to be related to a pending case(s):   Same facts, and individuals involved

Tonya S. Andrews                                    Plaintiff
Attorney                                                   Party

June 1, 2012
Date

(Rev. 11/04)