IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;

$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

    Defendants.
_____

**WRIT OF ENTRY**
_____

TO: THE UNITED STATES DEPARTMENT OF TREASURY OR ITS
REPRESENTATIVE - GREETINGS:

Based upon the Verified Complaint for Forfeiture *In Rem* filed herein against the
following defendant real properties and the United States' Application for Writ of Entry:

    a.    11843 Hannibal Street, Commerce City, Colorado, more particularly
          described as:
          LOT 11, BLOCK 2, THE VILLAGES AT BUFFALO RUN EAST,
          FILING NO. 1, COUNTY OF ADAMS, STATE OF COLORADO

    b.    7361 Mad River Road, Mad River, California, more particularly
          described as:
          THAT REAL PROPERTY SITUATED IN THE COUNTY OF
          TRINITY, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:
          ALL THAT PORTION OF THE WEST HALF OF THE NORTHEAST
          QUARTER AND THE NORTH HALF OF THE SOUTHEAST
          QUARTER

2

OF SECTION 19, TOWNSHIP 1 SOUTH, RANGE 7 EAST, H.B. & M., ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

PARCEL NO. 2 AS SHOWN ON THE PARCEL MAP FOR LOWELL E. STONE, FILED FOR RECORD IN THE OFFICE OF THE COUNTY RECORDER OF TRINITY COUNTY, CALIFORNIA ON MARCH 3, 1977 IN BOOK 9 OF MAPS AND SURVEYS AT PAGES 158 THROUGH 160.  EXCEPTING THEREFROM THE NORTHERLY PORTION OF SAID PARCEL NO. 2 DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE WEST LINE OF SAID PARCEL NO. 2 AT THE SOUTHERLY TERMINUS OF THE COURSE LABELED NORTH 20°33'45" EAST 325.00 FEET; THENCE ALONG SAID WEST LINE, NORTH 20°33'45" WEST 325.00 FEET; THENCE NORTH 43°10'45" WEST, 122.81 FEET; THENCE SOUTH 79°54'45" WEST 36.40 FEET; THENCE NORTH 60°01'45" WEST, 122.22 FEET TO THE NORTHWEST CORNER OF SAID PARCEL NO. 2; THENCE ALONG THE NORTH LINE OF SAID PARCEL NO. 2, NORTH 76°10'53" EAST, 156.22 FEET; THENCE NORTH 71°35'19" EAST 367.99 FEET TO THE NORTHEAST CORNER OF SAID PARCEL NO. 2; THENCE ALONG THE EAST LINE OF SAID PARCEL NO. 2, SOUTH 1°23'36" WEST, 330.74 FEET TO THE NORTHEAST 1/16TH CORNER; THENCE CONTINUING ALONG SAID EAST LINE SOUTH 1°25'32" WEST, 275.15 FEET MORE OR LESS TO A POINT ON SAID LINE BEARING SOUTH 88°34'28" EAST FROM THE POINT OF BEGINNING;
THENCE NORTH 88°34'28" WEST, 146.11 FEET MORE OR LESS TO THE POINT OF BEGINNING.

PURSUANT TO LOT LINE ADJUSTMENT #P-09-14 TOGETHER WITH A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER THE EXISTING ROAD LEADING FROM THE LAND HEREIN DESCRIBED TO THE COUNTY ROAD, AS DESCRIBED IN THE DEED RECORDED NOVEMBER 1, 1978 IN BOOK 195 OF OFFICIAL RECORDS PAGE 763, TRINITY COUNTY RECORDS.

The Court being satisfied that it has jurisdiction over the defendant property, and that there is probable cause to believe the defendant real properties are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881; and

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 983(j) and 18 U.S.C. § 985(b)(2) authorizing it to enter the defendant real properties including any structures, for the purpose of conducting an inspection and inventory of the properties and, as provided in 19 U.S.C. § 1606, to conduct appraisals; and

The United States having not requested authority to seize the defendant real properties at this time but having stated in its Application for Writ of Entry that it will post notice of the Complaint for Forfeiture *In Rem* in a conspicuous place on defendant real properties and serve notice of this action and a copy of the Complaint on the owner(s) of the defendant real properties under 18 U.S.C. § 985(c)(1) and (3), and Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions G(4);

IT IS ORDERED that the United States Department of Treasury or its designee, is hereby authorized to:

1.      enter the defendant real properties, including any structures, on one or more occasions during the pendency of this forfeiture action against the defendant real properties, for the purpose of conducting an inspection, inventory, and appraisal of the defendant real properties; and

2.      be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real properties pursuant to 19 U.S.C. § 1606, which appraisals may include, among other means, still and video photography; and

3.      be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant real properties, which inspection and inventory may include, among other means, still and video photography; and

4.      be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of *in rem* jurisdiction, or otherwise as provided by law.

DONE at Denver, Colorado, this _____ day of _____, 2012.

BY THE COURT:

_____
U.S. District Court Magistrate Judge