IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;
$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;

$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

       Defendants.

---

## CERTIFICATE OF SERVICE (LIENHOLDERS)

---

I hereby certify that on this 7th day of June, 2012, true copies of the NOTICE TO LIENHOLDER OF EXPEDITED SETTLEMENT PROCEDURES, VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, NOTICE OF COMPLAINT FOR FORFEITURE, NOTICES OF LIS PENDENS, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested, to:

Bank of America
Attn:  Correspondence Unit
Mail Code: CA6-919-02-41
400 National Way
Simi Valley, California 93065
Cert. No. 7010 2780 0002 3339 2155

MERS
P.O. Box 2026
Flint, Michigan 48501-2026
Cert. No. 7010 2780 0002 3339 2162

MERS
1901 E. Voorhees St.
Danville, Illinois 61834
Cert. No. 7010 2780 0002 3339 2179

Maryellen Pollack
1331 E. Bridge Street
Brighton, Colorado  80601
Cert. No. 7010 2780 0002 3339 2186

Mr. and  Mrs. Thomas Genter
P.O. Box 6337
Eureka, California  95502
Cert. No. 7010 2780 0002 3339 2193

Monta Genter
4409 Fairway Drive
Eureka, California  95503-6416
Cert. No. 7010 2780 0002 3339 2209

James & Charleen Hendry
27994 Mad River Rd.
Mad River, California 95552
Cert No. 7010 2780 0002 3339 2216

Toyota Motor Credit Corporation
Attn:  Legal Department
5005 N. River Blvd. NE
Cedar Rapids, Iowa 54211-6634
Cert. No. 7010 2780 0002 3339 2223

s/ *Raisa Vilensky*
FSA Data Analyst
Office of the U.S. Attorney