IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;
$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXX3027;

$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

       Defendants.

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on this 8th day of June, 2012, true copies of the NOTICE OF COMPLAINT FOR FORFEITURE, VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, NOTICES OF LIS PENDENS, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested to:

1)     Drew Jeffrey
       11843 Hannibal Street
       Commerce City, Colorado  80022
       Cert. No. 7010 2780 0002 3339 1608

2)     Big Foot Consulting, LLC
       c/o Drew Jeffrey
       11843 Hannibal Street
       Commerce City, Colorado  80022
       Cert. No. 7010 2780 0002 3339 1615

3)     Big Foot Consulting, LLC
       992 South 4th Avenue, Suite 100, #259
       Brighton, Colorado  80601
       Cert. No. 7010 2780 0002 3339 2230

4)   Big Foot Consulting, LLC
     c/o National Registered Agents, Inc.
     1535 Grant Street, Suite 140
     Denver, Colorado  80203
     Cert. No. 7010 2780 0002 3339 2254

5)   Bigfoot Motorsports, LLC
     c/o Drew Jeffrey
     11843 Hannibal Street
     Commerce City, Colorado  80022
     Cert. No. 7010 2780 0002 3339 1622

6)   Bigfoot Motorsports, LLC
     992 South 4th Avenue, Suite 100, #259
     Brighton, Colorado  80601
     Cert. No. 7010 2780 0002 3339 2247

7)   Bigfoot Motorsports, LLC
     c/o United States Corporation Agents, Inc.
     2 North Cascade, Suite 1100
     Colorado Springs, Colorado  80903
     Cert. No. 7010 2780 0002 3339 2261

8)   Christina McCarthy
     11843 Hannibal Street
     Commerce City, Colorado  80022
     Cert. No. 7010 2780 0002 3339 1639

9)   Jordan Buehrer
     7620 E. 130th Avenue
     Brighton, Colorado  80602
     Cert. No. 7010 2780 0002 3339 1646

10)  JGB Enterprises
     c/o Jordan Buehrer
     7620 E. 130th Avenue
     Brighton, Colorado  80602
     Cert. No. 7010 2780 0002 3339 1653

11)  Brittlee Barnes
     7620 E. 130th Avenue
     Brighton, Colorado  80602
     Cert. No. 7010 2780 0002 3339 1660

12)   Brittlee Barnes
      2570 Cherry Circle
      Brighton, Colorado  80601
      Cert. No. 7010 2780 0002 3339 1677

13)   Daniel Cichowski
      2525 E. 104th Avenue, #313
      Thornton, Colorado  80233
      Cert. No. 7010 2780 0002 3339 1684

14)   Joseph Smith
      3920 Sharilane Street
      Strasburg, Colorado  80136
      Cert. No. 7010 2780 0002 3339 1691

15)   Eric Gleason
      6292 Barton Road
      Breckenridge, Colorado  80424
      Cert. No. 7010 2780 0002 3339 1707

16)   Joanne Gleason
      319 Spruce Street
      Absecon, New Jersey 08201
      Cert. No. 7010 2780 0002 3339 1714

17)   Matthew McCally
      8240 E. 145th Place
      Brighton, Colorado  80602
      Cert. No. 7010 2780 0002 3339 1721

18)   Matthew McCally
      9644 Race Way
      Thornton, Colorado  80229
      Cert. No. 7010 2780 0002 3339 1738

19)   Brooke McCally
      8240 E. 145th Place
      Brighton, Colorado  80602
      Cert. No. 7010 2780 0002 3339 1745

20)   Brooke McCally
      9644 Race Way
      Thornton, Colorado  80229
      Cert. No. 7010 2780 0002 3339 1752

21)     Robert Gregg
        3263 W. 29th Avenue
        Denver, Colorado  80211
        Cert. No. 7010 2780 0002 3339 1769

22)     Robert Gregg
        3333 E. Bayaud Avenue
        Denver, Colorado  80209
        Cert. No. 7010 2780 0002 3339 1776

23)     Michael Albert
        2849 Hazel Court
        Denver, Colorado  80211
        Cert. No. 7010 2780 0002 3339 1783

and a courtesy copy of the same, sent to:

24)     Harvey Steinberg, Esq.
        Springer & Steinberg, PC
        1600 Broadway, Suite 1200
        Denver, Colorado  80202
        *Counsel for Drew Jeffrey*
        Cert. No. 7010 2780 0002 3339 1790

25)     Michael K. Pellow, Esq.
        Pellow Beggan LLC
        1435 Stuart Street
        Denver, Colorado  80204
        *Counsel for Christina McCarthy*
        Cert. No. 7010 2780 0002 3339 1806

26)     Mandarin Annette Bowers, Esq.
        Law Office of Mandarin A. Bowers, PC
        1600 Stout Street, Ste. 1000
        Denver, Colorado  80202
        *Counsel for Jordan Buehrer*
        Cert. No. 7010 2780 0002 3339 1813

27)     Ari Ruben Krichiver, Esq.
        Colorado Public Defender's Office
        1290 Broadway, Suite 900
        Denver, Colorado  80203
        *Counsel for Brittlee Barnes*
        Cert. No. 7010 2780 0002 3339 1820

28)   Steven Ray Newell, Esq.
      Newell and Decker
      1226 W. 12th Avenue
      Denver, Colorado  80204
      *Counsel for Daniel Cichowski*
      Cert. No. 7010 2780 0002 3339 2087

29)   Christine A. Fiedorowicz, Esq.
      Antoun Fiedorowicz Law Office
      1544 Race Street
      Denver, Colorado  80202
      *Counsel for Joseph Smith*
      Cert. No. 7010 2780 0002 3339 2094

30)   Robert J. Corry, Jr., Esq.
      600 17th Street, Suite 2800-S
      Denver, Colorado  80202
      *Counsel for Eric and Joanne Gleason*
      Cert. No. 7010 2780 0002 3339 2100

31)   Michael A. Faye, Esq.
      Colorado Public Defender's Office
      12350 E. Arapahoe Rd., Suite A
      Centennial, Colorado  80112
      *Counsel for Matthew McCally*
      Cert. No. 7010 2780 0002 3339 2117

32)   April Meredith Elliott, Esq.
      1439 Court Place
      Denver, Colorado  80202
      *Counsel for Brooke McCally*
      Cert. No. 7010 2780 0002 3339 2124

33)   Robert Leroy Bernhardt, Esq.
      12970 W. 20th Avenue, Unit C
      Golden, Colorado  80401
      *Counsel for Robert Gregg*
      Cert. No. 7010 2780 0002 3339 2131

34)   Sean T. McAllister, Esq.
      P.O. Box 3903
      Breckenridge, Colorado  80424          s/ *Raisa Vilensky*
      *Counsel for Michael Albert*             FSA Data Analyst
      Cert. No. 7010 2780 0002 3339 2148       Office of the U.S. Attorney