IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01433-REB-MJW

**UNITED STATES OF AMERICA**

**Plaintiff,**

v.

**11843 HANNIBAL STREET, COMMERCE CITY, CO, et al.**

**Defendants.**

## STATEMENT IN INTEREST

Countrywide Home Loans, Inc., by and through its counsel Greenberg Traurig, LLP, hereby gives notice that it claims an interest in the property commonly known as 11843 Hannibal Street, Commerce City, Colorado 80022, more particularly described as: Lot 11, Block 2, The Villages at Buffalo Run East, Filing No. 1, County of Adams, State of Colorado.

Countrywide Home Loans, Inc. is the holder of that certain Deed of Trust dated January 30, 2004, and recorded February 17, 2004, in the real property records of Adams County, Colorado at Reception No. C1278547, attached hereto as Exhibit 1.

Respectfully submitted this 12th day of July, 2012.

GREENBERG TRAURIG, LLP

s/ Jeffrey M. Lippa
Jeffrey M. Lippa
1200 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 572-6535

Facsimile: (303) 572-6540
Email: lippaj@gtlaw.com

**ATTORNEYS FOR COUNTRYWIDE HOME LOANS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2012, I served the foregoing **STATEMENT IN INTEREST** with via email upon the following:

>Tonya S. Andrews
>U.S. Attorney's Office - Denver
>1225 17[th] Street East
>Seventeenth Street Plaza, Suite 700
>Denver, Colorado 80202
>Tonya.Andrews@usdoj.gov

*s/ Jeffrey M. Lippa*
Jeffrey M. Lippa