IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MEH

**UNITED STATES OF AMERICA**

       Plaintiff,

v.

**11843 HANNIBAL STREET, COMMERCE CITY, CO;**
**7361 MAD RIVER ROAD, MAD RIVER, CA;**
**2011 FORD F-250 XL, VIN #1FTNW21F01EA67656;**
**et all.,**

       Defendants.

___

**ENTRY OF APPEARANCE**
___

       Undersigned counsel, Ariel Benjamin, from the law firm of Springer and Steinberg, P.C., hereby enters his appearance on behalf of the Claimant, Drew Jeffrey, in this matter.

       Dated this 16th day of July, 2012.

       Respectfully submitted,

       <u>s/Ariel Z. Benjmain</u>
       Ariel Z. Benjamin
       Attorneys for Drew Jeffrey
       Springer & Steinberg, P.C.
       1600 Broadway, Suite 1200
       Denver, CO 80202
       (303)861-2800 Telephone
       (303)832-7116 Telecopier
       abenjamin@springersteinberg.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 16, 2012, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Tonya Andrews
Email: Tonya.Andrews@usdoj.gov


  s/Casey Ambrose
For Ariel Z. Benjamin
Attorneys for Drew Jeffrey
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com