UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case Number: 12-cv-01433-REB-MJW

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.00 SEIZED FROM E-TRADEACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FRORM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;
$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;

**$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;**
**$2,280.00 IN UNITED STATES CURRENCY;**
**GOLD AND DIAMOND BRACELET;**
**2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;**
**$5,560.00 IN UNITED STATES CURRENCY;**
**$760.00 IN UNITED STATES CURRENCY;**
**SIX SILVER BARS;**
**$1,988.00 IN UNITED STATES CURRENCY;**
**$7,910.00 IN UNITED STATES CURRENCY; AND**
**$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;**

Defendants.

---

## VERIFIED STATEMENT IN INTEREST

I, Drew Jeffrey, without waiving any rights I might have pursuant to the Fifth Amendment to the United States Constitution hereby advise you of my claim and interest in the below listed property that is the subject of the government's forfeiture, in connection with this matter:

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.00 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FRORM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125,31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;

TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;

    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13 day of July, 2012.

                                                                        Drew Jeffrey

STATE OF COLORADO                     )
                                          ) ss.
COUNTY OF DENVER                     )

The foregoing Verified Statement of Interest was acknowledged before me this 13th day of July, 2012, by Drew Jeffrey.

    Witness my hand and official seal.

                                            Rosemary A. Lauter
                                            Notary Public

My commission expires: 7-9-14

- 4 -

## CERTIFICATE OF SERVICE

   I hereby certify that I served the foregoing pleading by electronically filing into the ECF system, this 16th day of July, 2012.

AUSA Tonya Andrews
Email: Tonya.Andrews@usdoj.gov


   /s/Casey Ambrose
Casey Ambrose
For Ariel Z. Benjamin
Springer & Steinberg, P.C.
Attorneys for Drew Jeffrey
1600 Broadway, Ste 1200
Denver, CO 80202
(303) 861-2800 Telephone
(303) 832-7116 Telecopier
cambrose@springersteinberg.com