IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482,

Defendant.

_____

**NOTICE OF CLAIM PURSUANT TO SUPPLEMENTAL RULE G(5)**
_____

Claimant, Joanne S. Gleason, through undersigned counsel, hereby provides notice and asserts this claim pursuant to Supplemental Rule G(5) for Admiralty or Maritime Claims and Assert Forfeiture Actions, and the Federal Rules of Civil Procedure and states as follows;

**I.     SPECIFIC PROPERTY**

Joanne Gleason identifies the specific property claimed as a 2007 Toyota Tundra SR5 with the Vehicle Identification Number of 5TFBV54137X024482.

**II.    CLAIMANT'S INTEREST IN THIS PROPERTY**

Joanne S. Gleason is the owner of the above-described seized property. She claims an "innocent owner" defense as well.  Indicia of ownership of the property include, but are not limited to, the facts that the 2007 Toyota Tundra SR5 is currently registered to Ms. Gleason and was registered to her on the date of the alleged offense, the 2007 Toyota Tundra SR5's insurance is in Joanne S. Gleason's name, and the owner can and does identify the source of the property.

1

(See Attachment A). Finally, Ms. Gleason was the person who purchased the vehicle. (See Attachment B).

Ms. Gleason obtained the property through entirely lawful activities, specifically her employment as a school teacher. Ms. Gleason is not charged with any criminal activities in this or any other proceeding. Furthermore, Ms. Gleason had no knowledge that her 2007 Toyota Tundra SR5 was being used for any alleged illegal purpose. Ms. Gleason has been and remains in compliance with all state and federal laws and the 2007 Toyota Tundra SR5 will not be used for any illegal purpose.

Wherefore, Joanne Gleason claims and asserts an interest in the above-described property pursuant to Supplemental Rule G(5) for Admiralty or Maritime Claims and Assert Forfeiture Actions, and the Federal Rules of Civil Procedure.

Dated this 16th Day of July, 2012         Respectfully Submitted,


                                          */s/ Travis B. Simpson*
                                          Travis B. Simpson

## Sworn Affirmation or Oath Under Penalty of Perjury

STATE OF COLORADO      )
                       ) ss.
COUNTY OF _____  )

I, Joanne S. Gleason, hereby swear and/or affirm, under penalty of perjury:

1. I have read and reviewed the foregoing and the information it contains is true to the best of my knowledge.

2. The exhibits included with the foregoing are true and correct copies of original documents, and any originally compiled exhibits are accurate.

FURTHER AFFIANT SAYETH NOT.

_Joanne S. Gleason_
Joanne S. Gleason

The foregoing instrument was subscribed and sworn to before me this __16__ day of ____July____, 2012, by _____.

Witness my hand and official seal.

_Mary Ann Lacovara_                Notary Public

MARY ANN LACOVARA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires November 29, 2015

(SEAL)

Address  5215 Wellington Ave.
         Ventnor, NJ 08406

My Commission expires: __Nov. 29, 2015__