IV2A (1-96)

# State of New Jersey Insurance Identification Card

Allstate.

054 ALLSTATE NEW JERSEY PROPERTY AND CASUALTY INSURANCE COMPANY

Joanne Gleason
[redacted]
Absecon NJ 08201-1725

Name and Address of Agency or Office Issuing This Card:

ALLSTATE NEW JERSEY PROPERTY AND CASUALTY INSURANCE COMPANY
721 U.S. Highway 202/206 Suite 100
Bridgewater NJ 08807-1759

POLICY NUMBER
9 09 704804 02/23

YEAR/MAKE/MODEL
07 Toy Truck Tundra

EFFECTIVE DATE
02/23/12

VEHICLE ID NUMBER
5TFBV54137X024482

AUTHORIZED REPRESENTATIVE

EXPIRATION DATE
08/23/12

This card must be carried in the vehicle at all times as evidence of insurance.

**Please be sure to keep this card in the insured vehicle.** The card is required when the vehicle is presented for inspection, and when you're:

- stopped for a moving violation;
- stopped for a road spot check; or
- involved in an auto accident.

ADDRESS FOR THE NOTIFICATION OF COMMENCEMENT OF MEDICAL TREATMENT:
Procura Management Inc.
P.O. Box 5227
Janesville, WI 53547-5227

If you have an accident or a loss, please call Allstate New Jersey Property and Casualty Insurance Company at 1-800-ALLSTATE® (1-800-255-7828), logon to allstate.com or contact your Allstate agent or producer within 24 hours if possible:

**Palaszewski Fin Grp**
**29 S New York Rd**
**Galloway NJ 08205**
**(609) 404-9333**

We accept claim reports 24 hours a day. Please note: It's helpful but, not necessary, to have a copy of the police accident report when you first call.

VEHICLE REGISTRATION

PLATE NO: JL7AVE GOOD THRU: 04/2012
VIN: 2 5TFBV54137X024482
TOY 2007 PKUP SL TUN GW: 07000 AX: 2
JOANNE S GLEASON PASS AT COMM 15
[redacted] DL: 65213 40282 61526
ABSECON NJ 082011725 INITIAL PT:PA
ED: 07000 FEE: 98.00 1C RV20111300092