# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case Number: 1:12-cv-01433 REB-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7631 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4130.00 IN UNITED STATES CURRENCY;
$3967.00 IN UNITED STATES CURRENCY;
$1091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK  ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT. XXXXXX1991;
$16,019.66 SEIZED FROM CORE BANK AND TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK  ACCT. XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT. XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT. XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT. XXX70698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT. XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT. XXXXX7229;
$15,232.74  SEIZED FROM TCF NATIONAL BANK ACCT. XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT. XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARD AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;

$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT. XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; AND
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

Defendants.

---

## ENTRY OF APPEARANCE

---

Stephen L. Alonzi, of the law firm of Alonzi Pellow Beggan, LLC, hereby enters his appearance on behalf of the Claimant, Christina McCarthy, in this matter.

Submitted this 16th day of July, 2012.

__/s/ Stephen L. Alonzi_____
Stephen L. Alonzi
Attorney for Christina McCarthy
Alonzi Pellow Beggan, LLC
1435 Stuart Street
Denver, CO  80204
(303) 831-7609 Telephone
(303) 845-5770  Facsimile
alonzilaw@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing pleading by electronically filing into the ECF system, this 16th day of July, 2012.

AUSA Tonya Andrews
Email: tonya.andrews@usdoj.gov


     /s/ *Stephen L. Alonzi*
Stephen L. Alonzi
Alonzi Pellow Beggan, LLC
Attorneys for Christina McCarthy
1435 Stuart Street
Denver, CO 80204
(303) 831-7609 Telephone
(303) 845-5770 Facsimile
alonzilaw@msn.com