**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case Number: 1:12-cv-01433 REB-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7631 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4130.00 IN UNITED STATES CURRENCY;
$3967.00 IN UNITED STATES CURRENCY;
$1091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK  ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT. XXXXXX1991;
$16,019.66 SEIZED FROM CORE BANK AND TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK  ACCT. XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT. XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT. XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT. XXX70698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT. XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT. XXXXX7229;
$15,232.74  SEIZED FROM TCF NATIONAL BANK ACCT. XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT. XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARD AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;

$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT. XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; AND
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;


Defendants.

---

## VERIFIED STATEMENT IN INTEREST

---

I, Christina McCarthy, without waiving any rights I might have pursuant to the Fifth Amendment to the United States Constitution hereby advise you of my claim and interest in the property that is the subject of the government's forfeiture, in connection with this matter:

11843 Hannibal Street, Commerce City, CO;
$1,125.31 Seized from Bellco Credit Union Acct.  XXXXX7229; and
Tag Heuer Aquaracer Ladies Watch.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of July, 2012.

        /s/ *Christina McCarthy*
        Christina McCarthy

STATE OF COLORADO )
)  ss.
COUNTY OF DENVER )


The foregoing Verified Statement of Interest was acknowledged before me this 16th day of July, 2012, by Christina McCarthy

      Witness my hand and official seal.

          _/s/___*Marcella Y Gartrell*_____
          Notary Public
My commission expires:__11/15/15_____

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing pleading by electronically filing into the ECF system, this 16th day of July, 2012.

AUSA Tonya Andrews
Email: tonya.andrews@usdoj.gov

/s/ *Stephen L. Alonzi*
Stephen L. Alonzi
Alonzi Pellow Beggan, LLC
Attorneys for Christina McCarthy
1435 Stuart Street
Denver, CO 80204
(303) 831-7609 Telephone
(303) 845-5770 Facsimile
alonzilaw@msn.com