**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-01433 REB-MJW

UNITED STATES OF AMERICA

       Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7631 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4130.00 IN UNITED STATES CURRENCY;
$3967.00 IN UNITED STATES CURRENCY;
$1091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK  ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT. XXXXXX1991;
$16,019.66 SEIZED FROM CORE BANK AND TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK  ACCT. XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT. XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT. XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT. XXX70698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT. XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT. XXXXX7229;
$15,232.74  SEIZED FROM TCF NATIONAL BANK ACCT. XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT. XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARD AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;

$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT. XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; AND
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

        Defendants.

## UNOPPOSED MOTION BY CLAIMANT CHRISTINA MCCARTHY TO STAY PROCEEDINGS

Claimant, Christina McCarthy (hereto after "Claimant"), by and through her attorney, Stephen L. Alonzi, of the law firm of Alonzi Pellow Beggan, LLC respectfully moves this Court to enter an Order staying proceedings in the above captioned matter, and

**AS GROUNDS THEREFOR**, states as follows:

1. The Government is seeking forfeiture of the properties itemized above. The Claimant has filed her verified statement of claim (Doc. 23) and persists in her claim.

2. The Claimant currently faces criminal charges in Adams County, Colorado in case number 12CR530. The allegations in that case are similar or identical to the allegations made by the Government in support of this forfeiture.

3. 18 USC § 981 (g) (2) states:

> Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that—
> (A) the claimant is the subject of a related criminal investigation or case;
> (B) the claimant has standing to assert a claim in the civil forfeiture proceeding; and
> (C) continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

4. The Claimant requests that these proceedings be stayed as:

   a. the Claimant is the subject of a related criminal case directly implicating the facts in this civil forfeiture proceeding;

   b. the Claimant has standing to assert a claim in this civil forfeiture proceeding; and

   c. failure to continue this forfeiture proceeding will burden the right of the Claimant against self-incrimination as guaranteed to her by the Fifth Amendment to the United States Constitution in the related case.

5. Under these circumstances, the Claimant cannot file a meaningful answer. See e.g. *United States v. Parcels of Land*, 903 F.2d 36, 43 (1st Cir. 1990).

6. Courts should endeavor to accommodate the Claimant's Fifth Amendment rights in forfeiture proceedings *United States v. A Certain Parcel of Land*, 781 F. Supp. 830, 834 (D.N.H. 1992) citing *United States v. Parcels of Land*, 903 F.2d 36, 44 (1st Cir. 1990).

7. Even in the general civil context where it is recognized that the Fifth Amendment can and should be invoked where it may be implicated. The privilege against self-incrimination is jealously guarded by the courts. It protects an individual not only from involuntarily becoming a witness against herself in a criminal proceeding,

but also from answering specific allegations in a complaint or filing responses to interrogatories in a civil action where the answers might incriminate her in future criminal actions. *North River Ins. Co. v. Stefanou*, 831 F.2d 484, 486-487 (4th Cir. 1987).

8. For the above stated reasons, the Claimant respectfully requests that this Court stay the proceedings in this matter pending the outcome of the related criminal case.

9. Undersigned counsel contacted AUSA Tonya Andrews regarding the relief requested in this motion and has been authorized to represent that the Government does not oppose this motion.

**WHEREFORE**, the Claimant prays for the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

Dated this 16th day of July, 2012.

        Respectfully submitted,
        *s/Stephen L. Alonzi*
        Stephen L. Alonzi
        Alonzi Pellow Beggan, LLC
        Attorney for Christina McCarthy
        1435 Stuart Street
        Denver, CO 80204
        (303)831-7609 Telephone
        (303)845-5770 Facsimile
        alonzilaw@msn.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of July, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Tonya Andrews**
Email: tonya.andrews@usdoj.gov

                                          *s/Stephen L. Alonzi*
                                          Stephen L. Alonzi
                                          Alonzi Pellow Beggan, LLC
                                          Attorneys for Christina McCarthy
                                          1435 Stuart Street
                                          Denver, CO 80204
                                          (303)831-7609 Telephone
                                          (303)845-5770 Facsimile
                                          alonzilaw@msn.com