IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

**UNITED STATES OF AMERICA**

        Plaintiff,

v.

**11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.00 SEIZED FROM E-TRADEACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FRORM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125,31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;**

**$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;**
**$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;**
**$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;**
**$2,280.00 IN UNITED STATES CURRENCY;**
**GOLD AND DIAMOND BRACELET;**
**2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;**
**$5,560.00 IN UNITED STATES CURRENCY;**
**$760.00 IN UNITED STATES CURRENCY;**
**SIX SILVER BARS;**
**$1,988.00 IN UNITED STATES CURRENCY;**
**$7,910.00 IN UNITED STATES CURRENCY; AND**
**$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;**

    Defendants.

## UNOPPOSED MOTION TO STAY PROCEEDINGS

    Claimant, Drew Jeffrey (hereto after "Claimant"), by and through his attorney, Ariel Z. Benjamin, of the law firm of Springer & Steinberg, P.C., respectfully moves this Court to enter an Order staying proceedings in the above captioned matter.

    **AS GROUNDS THEREFOR**, states as follows:

1. The Government is seeking forfeiture of vehicles, homes, currency, and other property. The Claimant has filed his verified statement of claim (Doc. 20) and persists in his claim.

2. The Claimant currently faces criminal charges in Adams County Colorado in case number 12CR227. These allegations in that case are similar or identical to the allegations made by the Government in this case in support of this forfeiture.

3. 18 USC § 981 (g) (2) states:

   > Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that—

> (A) the claimant is the subject of a related criminal investigation or case;
> (B) the claimant has standing to assert a claim in the civil forfeiture proceeding; and
> (C) continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

4. The Claimant moves that these proceedings be stayed for the following reasons:

   a. The Claimant is the subject of a related criminal case directly implicating the facts in this civil forfeiture proceeding;

   b. The Claimant has standing to assert a claim in this civil forfeiture proceeding; and

   c. Continuation of this forfeiture proceeding will burden the right of the Claimant against self-incrimination as guaranteed to him by the Fifth Amendment to the United States Constitution in the related case.

5. Under these circumstances the Claimant cannot file a meaningful answer. The aversions in the Complaint touch on allegations that are the subject of the related criminal case. See e.g. *United States v. Parcels of Land*, 903 F.2d 36, 43 (1st Cir. 1990) (upholding the striking of the affidavit of a claimant after he invoked the fifth amendment in response to government questions).

6. Courts should endeavor to accommodate the Claimant's Fifth Amendment rights in forfeiture proceedings. *United States v. A Certain Parcel of Land*, 781 F. Supp. 830, 834 (D.N.H. 1992) citing *United States v. Parcels of Land*, 903 F.2d 36, 44 (1st Cir. 1990).  Staying the civil case prevents the government from using civil discovery as a means to obtain information to flesh out the criminal case against

        the claimants. *United States v. Certain Real Prop.*, 579 F.3d 1315, 1321 (11th Cir. 2009).

7. Even in the general civil context where there is not specific statutory language commanding the stay of a civil proceeding it is recognized that the Fifth Amendment can and should be invoked when it can be implicated. The privilege against self-incrimination, one of our most cherished fundamental rights, is jealously guarded by the courts. It protects an individual not only from involuntarily becoming a witness against himself in a criminal proceeding but also from answering specific allegations in a complaint or filing responses to interrogatories in a civil action where the answers might incriminate him in future criminal actions. *North River Ins. Co. v. Stefanou*, 831 F.2d 484, 486-487 (4th Cir. 1987).

8. For the above stated reasons the Claimant respectfully requests that this Court stay the proceedings in this matter pending the outcome of the related criminal case.

9. Undersigned counsel contacted AUSA Tonya Andrews regarding the relief requested in this motion and has been authorized to represent that the Government does not oppose this motion.

**WHEREFORE**, the Claimant prays for the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

Dated this 20th day of July, 2012.

          Respectfully submitted,
          s/Ariel Z. Benjamin
          Ariel Z. Benjamin
          Springer & Steinberg, P.C.
          Attorneys for Drew Jeffrey
          1600 Broadway, Suite 1200
          Denver, CO 80202
          (303)861-2800 Telephone
          (303)832-7116 Telecopier
          law@springersteinberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Tonya Andrews**
Email: Tonya.Andrews@usdoj.gov

          s/Casey Ambrose
          Casey Ambrose
          for Ariel Z. Benjamin
          Springer and Steinberg, P.C.
          Attorneys for Drew Jeffrey
          1600 Broadway, Suite 1200
          Denver, CO 80202
          (303)861-2800 Telephone
          (303)832-7116 Telecopier
          law@springersteinberg.com