# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  12-cv-01433-REB-MJW | FTR - Courtroom A-502 |
| **Date:**  August 02, 2012 | Courtroom Deputy, Ellen E. Miller |
| <u>Parties</u> | <u>Counsel</u> |
| UNITED STATES OF AMERICA, | Tonya S. Andrews |
| Plaintiff(s), | |
| v. | |
| 11843 HANNIBAL STREET, COMMERCE CITY, CO;<br>7361 MAD RIVER ROAD, MAD RIVER, CA;<br>2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;<br>2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;<br>$10,315.00 IN UNITED STATES CURRENCY;<br>$6,934.00 IN UNITED STATES CURRENCY;<br>$4,130.00 IN UNITED STATES CURRENCY;<br>$3,967.00 IN UNITED STATES CURRENCY;<br>$1,091.00 IN UNITED STATES CURRENCY;<br>$30,947.50 IN UNITED STATES CURRENCY;<br>$30,007.82 IN UNITED STATES CURRENCY;<br>$25,629.65 IN UNITED STATES CURRENCY;<br>$19,680.12 IN UNITED STATES CURRENCY;<br>$16,019.66 IN UNITED STATES CURRENCY;<br>$10,572.89 IN UNITED STATES CURRENCY;<br>$6,200.50 IN UNITED STATES CURRENCY;<br>$5,899.72 IN UNITED STATES CURRENCY;<br>$5,666.93 IN UNITED STATES CURRENCY;<br>$2,937.27 IN UNITED STATES CURRENCY;<br>$1,125.31 IN UNITED STATES CURRENCY;<br>$15,232.74 IN UNITED STATES CURRENCY;<br>$5,525.59 IN UNITED STATES CURRENCY;<br>ROLEX EXPLORER II WATCH;<br>TAG HEUER AQUARACER LADIES WATCH;<br>ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;<br>$6,195.00 IN UNITED STATES CURRENCY;<br>$2,068.00 IN UNITED STATES CURRENCY;<br>$450.00 IN UNITED STATES CURRENCY;<br>LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088; | - - - - - |

$2,994.00 IN UNITED STATES CURRENCY;                - - - - -
SEVENTEEN SILVER BARS AND NINE SILVER
COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE
GOLD BAR;
FIFTY ONE-DOLLAR COINS;
$11,019.88 SEIZED FROM PUBLIC SERVICE
CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE
BANK ACCT XXXXXX0604;
$5,610.76 SEIZED FROM JP MORGAN CHASE
BANK ACCT XXXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN
#5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY;
$6,500.00 SEIZED FROM US BANK SAFE
DEPOSIT BOX 1794-1;

       Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **STATUS CONFERENCE**
**Court in Session:**   10:41 a.m.
Court calls case.  Appearance of counsel for Plaintiff.  It is noted all claims are stayed except those entered by Joanne Gleason and Countrywide Home Loans, Inc.  No one appears on behalf of these two claimants.

Status of the case is discussed.

**It is ORDERED:**   A **STATUS CONFERENCE** is set **OCTOBER 15, 2012 at 9:00 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Topics of discussion will include the status of any companion case(s) pending in state court.

Hearing concluded.
**Court in recess:**   10:48 a.m.   Total In-Court Time 00: 07

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.