## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01433-REB-MJW

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**11843 HANNIBAL STREET, COMMERCE CITY, CO, et al.**

**Defendants.**

_____

### COUNTRYWIDE HOME LOANS, INC.'S ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM*
_____

Defendant Countrywide Home Loans, Inc., ("Countrywide") by and through its counsel Greenberg Traurig, LLP, hereby submit its Answer to Plaintiff's Verified Complaint for Forfeiture *In Rem* ("Complaint").  Except as otherwise expressly admitted herein, Countrywide denies each and every allegation in the Complaint.

### JURISDICTION AND VENUE

1.    Countrywide admits the allegations contained in Paragraph 1 of the Complaint.

2.    Countrywide admits the allegations contained in Paragraph 2 of the Complaint.

### DEFENDANT PROPERTY

3.    a.    Countrywide admits the allegations contained in Paragraph 3a of the Complaint.

b. – ss. Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 3b through Paragraph 3ss of the Complaint and, therefore, denies those allegations.

## FACTUAL BASIS FOR FORFEITURE

4. Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 4 of the Complaint and, therefore, denies those allegations.

## I.     OVERVIEW OF CRIMINAL ACTIVITY

5. Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 5 of the Complaint and, therefore, denies those allegations.

6. Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 6 of the Complaint and, therefore, denies those allegations.

7. Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 7 of the Complaint and, therefore, denies those allegations.

8. Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 8 of the Complaint and, therefore, denies those allegations.

9. Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 9 of the Complaint and, therefore, denies those allegations.

10. Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 10 of the Complaint and, therefore, denies those allegations.

11.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 11 of the Complaint and, therefore, denies those allegations.

## II.      <u>CONFIDENTIAL SOURCE</u>

12.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 12 of the Complaint and, therefore, denies those allegations.

13.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 13 of the Complaint and, therefore, denies those allegations.

14.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 14 of the Complaint and, therefore, denies those allegations.

## III.     <u>TEXAS TRAVELS</u>

15.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 15 of the Complaint and, therefore, denies those allegations.

16.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 16 of the Complaint and, therefore, denies those allegations.

17.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 17 of the Complaint and, therefore, denies those allegations.

18.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 18 of the Complaint and, therefore, denies those allegations.

19.      Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 19 of the Complaint and, therefore, denies those allegations.

## IV.     SEPTEMBER 3, 2011 SEIZURE

20.      Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 20 of the Complaint and, therefore, denies those allegations.

21.      Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 21 of the Complaint and, therefore, denies those allegations.

22.      Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 22 of the Complaint and, therefore, denies those allegations.

23.      Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 23 of the Complaint and, therefore, denies those allegations.

24.      Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 24 of the Complaint and, therefore, denies those allegations.

25.      Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 25 of the Complaint and, therefore, denies those allegations.

## V.      TRASH RUNS

26.      Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 26 of the Complaint and, therefore, denies those allegations.

27.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 27 of the Complaint and, therefore, denies those allegations.

28.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 28 of the Complaint and, therefore, denies those allegations.

## VI.     POSTAL INTERCEPTS

29.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 29 of the Complaint and, therefore, denies those allegations.

30.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 30 of the Complaint and, therefore, denies those allegations.

31.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 31 of the Complaint and, therefore, denies those allegations.

32.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 32 of the Complaint and, therefore, denies those allegations.

33.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 33 of the Complaint and, therefore, denies those allegations.

34.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 34 of the Complaint and, therefore, denies those allegations.

## VII.    INTERCEPTED CALLS WITH MATTHEW ALDERMAN

35.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 35 of the Complaint and, therefore, denies those allegations.

36.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 36 of the Complaint and, therefore, denies those allegations.

37.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 37 of the Complaint and, therefore, denies those allegations.

38.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 38 of the Complaint and, therefore, denies those allegations.

39.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 39 of the Complaint and, therefore, denies those allegations.

40.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 40 of the Complaint and, therefore, denies those allegations.

## VIII.   INTERCEPTED CALLS WITH ROBERT GREGG

41.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 41 of the Complaint and, therefore, denies those allegations.

42.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 42 of the Complaint and, therefore, denies those allegations.

43.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 43 of the Complaint and, therefore, denies those allegations.

44.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 44 of the Complaint and, therefore, denies those allegations.

45.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 45 of the Complaint and, therefore, denies those allegations.

46.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 46 of the Complaint and, therefore, denies those allegations.

47.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 47 of the Complaint and, therefore, denies those allegations.

48.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 48 of the Complaint and, therefore, denies those allegations.

49.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 49 of the Complaint and, therefore, denies those allegations.

50.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 50 of the Complaint and, therefore, denies those allegations.

51.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 51 of the Complaint and, therefore, denies those allegations.

52.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 52 of the Complaint and, therefore, denies those allegations.

53.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 53 of the Complaint and, therefore, denies those allegations.

54.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 54 of the Complaint and, therefore, denies those allegations.

## IX.     INTERCEPTED CALLS WITH DREW JEFFREY

55.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 55 of the Complaint and, therefore, denies those allegations.

56.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 56 of the Complaint and, therefore, denies those allegations.

57.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 57 of the Complaint and, therefore, denies those allegations.

58.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 58 of the Complaint and, therefore, denies those allegations.

59.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 59 of the Complaint and, therefore, denies those allegations.

60.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 60 of the Complaint and, therefore, denies those allegations.

## X.      MARIJUANA GROW CARETAKERS

### A. Matthew MCCALLY

61.      Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 61 of the Complaint and, therefore, denies those allegations.

62.      Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 62 of the Complaint and, therefore, denies those allegations.

63.      Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 63 of the Complaint and, therefore, denies those allegations.

64.      Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 64 of the Complaint and, therefore, denies those allegations.

65.      Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 65 of the Complaint and, therefore, denies those allegations.

### B. Joseph SMITH

66.      Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 66 of the Complaint and, therefore, denies those allegations.

### C. Daniel CICHOWSKI

67.      Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 67 of the Complaint and, therefore, denies those allegations.

68.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 68 of the Complaint and, therefore, denies those allegations.

## XI.     DISTRIBUTORS

### A. Philip LOBO

69.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 69 of the Complaint and, therefore, denies those allegations.

70.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 70 of the Complaint and, therefore, denies those allegations.

### B. Eric GLEASON

71.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 71 of the Complaint and, therefore, denies those allegations.

72.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 72 of the Complaint and, therefore, denies those allegations.

73.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 73 of the Complaint and, therefore, denies those allegations.

### C. Michael ALBERT

74.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 74 of the Complaint and, therefore, denies those allegations.

75.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 75 of the Complaint and, therefore, denies those allegations.

76.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 76 of the Complaint and, therefore, denies those allegations.

77.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 77 of the Complaint and, therefore, denies those allegations.

## XII.    SEARCH & SEIZURE WARRANTS

78.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 78 of the Complaint and, therefore, denies those allegations.

### A.  Grow Houses

### 29855 East 166th Avenue, Brighton, Colorado

79.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 79 of the Complaint and, therefore, denies those allegations.

### 9644 Race Way, Thornton, Colorado

80.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 80 of the Complaint and, therefore, denies those allegations.

### 14560 Lowell Boulevard, Broomfield, Colorado

81.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 81 of the Complaint and, therefore, denies those allegations.

### 2040 Tundra Circle, Erie, Colorado

82.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 82 of the Complaint and, therefore, denies those allegations.

### 11983 Elm Drive, Thornton, Colorado

83.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 83 of the Complaint and, therefore, denies those allegations.

### 594 Branding Iron Court, Brighton, Colorado

84.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 84 of the Complaint and, therefore, denies those allegations.

### 170 West Midway Boulevard, Broomfield, Colorado

85.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 85 of the Complaint and, therefore, denies those allegations.

### 3263 West 29th Avenue, Denver, Colorado

86.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 86 of the Complaint and, therefore, denies those allegations.

### 4726 Red Deer Trail, Broomfield, Colorado

87.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 87 of the Complaint and, therefore, denies those allegations.

<u>**2849 Hazel Court, Denver, Colorado**</u>

88.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 88 of the Complaint and, therefore, denies those allegations.

<u>**6292 Barton Road, Breckenridge, Colorado**</u>

89.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 89 of the Complaint and, therefore, denies those allegations.

<u>**7620 East 130th Avenue, Thornton, Colorado**</u>

90.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 90 of the Complaint and, therefore, denies those allegations.

<u>**Defendant 11843 Hannibal Street, Commerce City, Colorado**</u>

91.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 91 of the Complaint and, therefore, denies those allegations.

92.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 92 of the Complaint and, therefore, denies those allegations.

<u>**Defendant 7361 Mad River Road, Mad River, Colorado**</u>

93.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 93 of the Complaint and, therefore, denies those allegations.

94.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 94 of the Complaint and, therefore, denies those allegations.

95.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 95 of the Complaint and, therefore, denies those allegations.

### B.  Additional Seizures

96.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 96 of the Complaint and, therefore, denies those allegations.

### Drew Jeffrey

97.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 97a through Paragraph 97n of the Complaint and, therefore, denies those allegations.

### Jordan Buehrer

98.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 98 of the Complaint and, therefore, denies those allegations.

99.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 99a through Paragraph 99c of the Complaint and, therefore, denies those allegations.

**Matthew McCally**

100.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 100 of the Complaint and, therefore, denies those allegations.

**Daniel Cichowski**

101.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 101 of the Complaint and, therefore, denies those allegations.

**Joseph Smith**

102.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 102 of the Complaint and, therefore, denies those allegations.

**Robert Gregg**

103.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 103 of the Complaint and, therefore, denies those allegations.

## XIII.   LEGAL INCOME INFORMATION

104.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 104a through Paragraph 104j of the Complaint and, therefore, denies those allegations.

105.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 105 of the Complaint and, therefore, denies those allegations.

## XIV.  <u>CRIMINAL CHARGES</u>

106.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 106 of the Complaint and, therefore, denies those allegations.

## XV.    <u>CONCLUSION</u>

107.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 107 of the Complaint and, therefore, denies those allegations.

### <u>FIRST CLAIM FOR RELIEF</u>

108.    Countrywide hereby incorporates its responses to Paragraph 1 through 107 of the Complaint as though fully set forth herein.

109.    Countrywide denies the allegations contained in Paragraph 109 of the Complaint.

### <u>SECOND CLAIM FOR RELIEF</u>

110.    Countrywide hereby incorporates its responses to Paragraph 1 through 109 of the Complaint as though fully set forth herein.

111.    Countrywide denies the allegations contained in Paragraph 111 of the Complaint.

### THIRD CLAIM FOR RELIEF

112.    Countrywide hereby incorporates its responses to Paragraph 1 through 111 of the Complaint as though fully set forth herein.

113.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 113 of the Complaint and, therefore, denies those allegations.

### FOURTH CLAIM FOR RELIEF

114.    Countrywide hereby incorporates its responses to Paragraph 1 through 113 of the Complaint as though fully set forth herein.

115.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 115 of the Complaint and, therefore, denies those allegations.

### FIFTH CLAIM FOR RELIEF

116.    Countrywide hereby incorporates its responses to Paragraph 1 through 115 of the Complaint as though fully set forth herein.

117.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 117 of the Complaint and, therefore, denies those allegations.

## SIXTH CLAIM FOR RELIEF

118.    Countrywide hereby incorporates its responses to Paragraph 1 through 117 of the Complaint as though fully set forth herein.

119.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 119 of the Complaint and, therefore, denies those allegations.

## SEVENTH CLAIM FOR RELIEF

120.    Countrywide hereby incorporates its responses to Paragraph 1 through 119 of the Complaint as though fully set forth herein.

121.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 121 of the Complaint and, therefore, denies those allegations.

## EIGHTH CLAIM FOR RELIEF

122.    Countrywide hereby incorporates its responses to Paragraph 1 through 121 of the Complaint as though fully set forth herein.

123.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 123 of the Complaint and, therefore, denies those allegations.

## NINTH CLAIM FOR RELIEF

124.    Countrywide hereby incorporates its responses to Paragraph 1 through 123 of the Complaint as though fully set forth herein.

125.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 125 of the Complaint and, therefore, denies those allegations.

## TENTH CLAIM FOR RELIEF

126.    Countrywide hereby incorporates its responses to Paragraph 1 through 125 of the Complaint as though fully set forth herein.

127.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 127 of the Complaint and, therefore, denies those allegations.

## ELEVENTH CLAIM FOR RELIEF

128.    Countrywide hereby incorporates its responses to Paragraph 1 through 127 of the Complaint as though fully set forth herein.

129.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 129 of the Complaint and, therefore, denies those allegations.

### TWELFTH CLAIM FOR RELIEF

130.    Countrywide hereby incorporates its responses to Paragraph 1 through 129 of the Complaint as though fully set forth herein.

131.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 131 of the Complaint and, therefore, denies those allegations.

### THIRTEENTH CLAIM FOR RELIEF

132.    Countrywide hereby incorporates its responses to Paragraph 1 through 131 of the Complaint as though fully set forth herein.

133.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 133 of the Complaint and, therefore, denies those allegations.

### FOURTEENTH CLAIM FOR RELIEF

134.    Countrywide hereby incorporates its responses to Paragraph 1 through 133 of the Complaint as though fully set forth herein.

135.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 135 of the Complaint and, therefore, denies those allegations.

**FIFTEENTH CLAIM FOR RELIEF**

136.     Countrywide hereby incorporates its responses to Paragraph 1 through 135 of the Complaint as though fully set forth herein.

137.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 137 of the Complaint and, therefore, denies those allegations.

**SIXTEENTH CLAIM FOR RELIEF**

138.     Countrywide hereby incorporates its responses to Paragraph 1 through 137 of the Complaint as though fully set forth herein.

139.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 139 of the Complaint and, therefore, denies those allegations.

**SEVENTEENTH CLAIM FOR RELIEF**

140.     Countrywide hereby incorporates its responses to Paragraph 1 through 139 of the Complaint as though fully set forth herein.

141.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 141 of the Complaint and, therefore, denies those allegations.

**EIGHTEENTH CLAIM FOR RELIEF**

142.    Countrywide hereby incorporates its responses to Paragraph 1 through 141 of the Complaint as though fully set forth herein.

143.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 143 of the Complaint and, therefore, denies those allegations.

**NINETEENTH CLAIM FOR RELIEF**

144.    Countrywide hereby incorporates its responses to Paragraph 1 through 143 of the Complaint as though fully set forth herein.

145.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 145 of the Complaint and, therefore, denies those allegations.

**TWENTIETH CLAIM FOR RELIEF**

146.    Countrywide hereby incorporates its responses to Paragraph 1 through 145 of the Complaint as though fully set forth herein.

147.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 147 of the Complaint and, therefore, denies those allegations.

### TWENTY-FIRST CLAIM FOR RELIEF

148.    Countrywide hereby incorporates its responses to Paragraph 1 through 147 of the Complaint as though fully set forth herein.

149.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 149 of the Complaint and, therefore, denies those allegations.

### TWENTY-SECOND CLAIM FOR RELIEF

150.    Countrywide hereby incorporates its responses to Paragraph 1 through 149 of the Complaint as though fully set forth herein.

151.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 151 of the Complaint and, therefore, denies those allegations.

### TWENTY-THIRD CLAIM FOR RELIEF

152.    Countrywide hereby incorporates its responses to Paragraph 1 through 151 of the Complaint as though fully set forth herein.

153.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 153 of the Complaint and, therefore, denies those allegations.

## TWENTY-SECOND CLAIM FOR RELIEF

154.    Countrywide hereby incorporates its responses to Paragraph 1 through 153 of the Complaint as though fully set forth herein.

155.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 155 of the Complaint and, therefore, denies those allegations.

## TWENTY-THIRD CLAIM FOR RELIEF

156.    Countrywide hereby incorporates its responses to Paragraph 1 through 155 of the Complaint as though fully set forth herein.

157.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 157 of the Complaint and, therefore, denies those allegations.

## TWENTY-FOURTH CLAIM FOR RELIEF

158.    Countrywide hereby incorporates its responses to Paragraph 1 through 157 of the Complaint as though fully set forth herein.

159.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 159 of the Complaint and, therefore, denies those allegations.

### TWENTY-FIFTH CLAIM FOR RELIEF

160.    Countrywide hereby incorporates its responses to Paragraph 1 through 159 of the Complaint as though fully set forth herein.

161.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 161 of the Complaint and, therefore, denies those allegations.

### TWENTY-SIXTH CLAIM FOR RELIEF

162.    Countrywide hereby incorporates its responses to Paragraph 1 through 161 of the Complaint as though fully set forth herein.

163.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 163 of the Complaint and, therefore, denies those allegations.

### TWENTY-SEVENTH CLAIM FOR RELIEF

164.    Countrywide hereby incorporates its responses to Paragraph 1 through 163 of the Complaint as though fully set forth herein.

165.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 165 of the Complaint and, therefore, denies those allegations.

## TWENTY-EIGHTH CLAIM FOR RELIEF

166.     Countrywide hereby incorporates its responses to Paragraph 1 through 165 of the Complaint as though fully set forth herein.

167.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 167 of the Complaint and, therefore, denies those allegations.

## TWENTY-NINTH CLAIM FOR RELIEF

168.     Countrywide hereby incorporates its responses to Paragraph 1 through 167 of the Complaint as though fully set forth herein.

169.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 169 of the Complaint and, therefore, denies those allegations.

## THIRTIETH CLAIM FOR RELIEF

170.     Countrywide hereby incorporates its responses to Paragraph 1 through 169 of the Complaint as though fully set forth herein.

171.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 171 of the Complaint and, therefore, denies those allegations.

## THIRTY-FIRST CLAIM FOR RELIEF

172.    Countrywide hereby incorporates its responses to Paragraph 1 through 171 of the Complaint as though fully set forth herein.

173.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 173 of the Complaint and, therefore, denies those allegations.

## THIRTY-SECOND CLAIM FOR RELIEF

174.    Countrywide hereby incorporates its responses to Paragraph 1 through 173 of the Complaint as though fully set forth herein.

175.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 175 of the Complaint and, therefore, denies those allegations.

## THIRTY-THIRD CLAIM FOR RELIEF

176.    Countrywide hereby incorporates its responses to Paragraph 1 through 175 of the Complaint as though fully set forth herein.

177.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 177 of the Complaint and, therefore, denies those allegations.

## THIRTY-FOURTH CLAIM FOR RELIEF

178.    Countrywide hereby incorporates its responses to Paragraph 1 through 177 of the Complaint as though fully set forth herein.

179.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 179 of the Complaint and, therefore, denies those allegations.

## THIRTY-FIFTH CLAIM FOR RELIEF

180.    Countrywide hereby incorporates its responses to Paragraph 1 through 179 of the Complaint as though fully set forth herein.

181.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 181 of the Complaint and, therefore, denies those allegations.

## THIRTY-SIXTH CLAIM FOR RELIEF

182.    Countrywide hereby incorporates its responses to Paragraph 1 through 181 of the Complaint as though fully set forth herein.

183.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 183 of the Complaint and, therefore, denies those allegations.

## THIRTY-SEVENTH CLAIM FOR RELIEF

184.    Countrywide hereby incorporates its responses to Paragraph 1 through 183 of the Complaint as though fully set forth herein.

185.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 185 of the Complaint and, therefore, denies those allegations.

## THIRTY-EIGHTH CLAIM FOR RELIEF

186.    Countrywide hereby incorporates its responses to Paragraph 1 through 185 of the Complaint as though fully set forth herein.

187.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 187 of the Complaint and, therefore, denies those allegations.

## THIRTY-NINTH CLAIM FOR RELIEF

188.    Countrywide hereby incorporates its responses to Paragraph 1 through 187 of the Complaint as though fully set forth herein.

189.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 189 of the Complaint and, therefore, denies those allegations.

**FORTIETH CLAIM FOR RELIEF**

190.    Countrywide hereby incorporates its responses to Paragraph 1 through 189 of the Complaint as though fully set forth herein.

191.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 191 of the Complaint and, therefore, denies those allegations.

**FORTY-FIRST CLAIM FOR RELIEF**

192.    Countrywide hereby incorporates its responses to Paragraph 1 through 191 of the Complaint as though fully set forth herein.

193.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 193 of the Complaint and, therefore, denies those allegations.

**FORTY-SECOND CLAIM FOR RELIEF**

194.    Countrywide hereby incorporates its responses to Paragraph 1 through 193 of the Complaint as though fully set forth herein.

195.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 195 of the Complaint and, therefore, denies those allegations.

## FORTY-THIRD CLAIM FOR RELIEF

196.    Countrywide hereby incorporates its responses to Paragraph 1 through 195 of the Complaint as though fully set forth herein.

197.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 197 of the Complaint and, therefore, denies those allegations.

## FORTY-FOURTH CLAIM FOR RELIEF

198.    Countrywide hereby incorporates its responses to Paragraph 1 through 197 of the Complaint as though fully set forth herein.

199.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 199 of the Complaint and, therefore, denies those allegations.

## FORTY-FIFTH CLAIM FOR RELIEF

200.    Countrywide hereby incorporates its responses to Paragraph 1 through 199 of the Complaint as though fully set forth herein.

201.    Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 201 of the Complaint and, therefore, denies those allegations.

## FORTY-SIXTH CLAIM FOR RELIEF

202.     Countrywide hereby incorporates its responses to Paragraph 1 through 201 of the Complaint as though fully set forth herein.

203.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 203 of the Complaint and, therefore, denies those allegations.

## FORTY-SEVENTH CLAIM FOR RELIEF

204.     Countrywide hereby incorporates its responses to Paragraph 1 through 203 of the Complaint as though fully set forth herein.

205.     Countrywide is without knowledge or information sufficient to admit or deny the allegations contained in Paragraph 205 of the Complaint and, therefore, denies those allegations.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

Defendant Countrywide Home Loans, Inc. was a bonafide purchaser for value and is an innocent owner of the 11843 Hannibal Street property.

### Third Affirmative Defense

Defendant Countrywide Home Loans, Inc. hereby incorporates any and all additional affirmative defenses of all other defendants, claimants and/or interested parties.

**Fourth Affirmative Defense**

Defendant Countrywide Home Loans, Inc. expressly reserves the right to add additional affirmative defenses as discovery commences and events warrant.

**WHEREFORE,** the Defendant, Countrywide Home Loans, Inc. prays that Plaintiff take nothing by way of its Complaint, that the Defendant be awarded all costs and fees incurred in the defense of this action, and that the Court grant all other relief just and proper under the circumstances.

Respectfully submitted this 2nd day of August, 2012.

GREENBERG TRAURIG, LLP

s/ Jeffrey M. Lippa
Jeffrey M. Lippa
1200 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 572-6535
Facsimile: (303) 572-6540
Email: lippaj@gtlaw.com

**ATTORNEYS FOR COUNTRYWIDE HOME LOANS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of August, 2012, a true and correct copy of the foregoing **COUNTRYWIDE HOME LOANS, INC.'S ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** was electronically filed with the Clerk of the Court using the CM/ECF and a true and correct copy was served via United States Mail first class postage prepaid as indicated and/or via electronic mail or by ECF Service, addressed to:

Tonya S. Andrews
U.S. Attorney's Office - Denver
1225 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Tonya.Andrews@usdoj.gov

Stephen L. Alonzi, ESq.
Alonzi Pellow Beggan, LLC
1435 Stuart Street
Denver, Colorado  80204

Ariel Zusya Benjamin, Esq.
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, Colorado  80202

Travis Benjamin Simpson, Esq.
Robert J. Corry, Jr., Attorney at Law
600 17th Street, Suite 2800
South Tower
Denver, Colorado  80202

*s/ Jeffrey M. Lippa*
Jeffrey M. Lippa