REB-MJW

Us District Court District of Colorado regarding civil action number 12-cv-1433. I am writing to request an extension time of 45 days to file a claim on this action. I have contacted an attorney and have been told the courts would not object to an extension of 45 days while I am retaining counsel. Thank you.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 03 2012

GREGORY C. LANGHAM
CLERK