Attachment 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## COURT CASE NUMBER: 12-CV-01433-REB; NOTICE OF FORFEITURE ACTION

Pursuant to 21 U.S.C. § 881, the United States filed a verified Complaint for Forfeiture against the following property:

2001 Ford F-250 XL VIN# 1FTNW21F01EA67656 (12-DEA-560070) which was seized from Drew Wayne Jeffrey on January 25, 2012 at 11843 Hannibal Street, located in Commerce City, CO

2000 Volvo S80-I6 VIN# YV1TS90DXY1094497 (12-DEA-560071) which was seized from Drew Wayne Jeffrey on January 25, 2012 at 11843 Hannibal Street, located in Commerce City, CO

2007 Toyota Tundra SR5 VIN# 5TFBV54137X024482 (12-DEA-561278) which was seized from Eric Gleason on January 25, 2012 at 6292 Barton Road, located in Breckenridge, CO

LG 60" Plasma TV Ser No: 907RMAQ153088 (12-DEA-561463) which was seized from Jordan Buehrer and Brittlee Barnes on January 25, 2012 at 7620 East 130th Avenue, located in Thornton, CO

$5,610.15 U.S. Currency (12-IRS-000312) which was seized from LLC JGB Enterprises on January 25, 2012 at JP Morgan Chase Bank N.A. Account #XXXXX2438, located in Denver, CO

$10,996.76 U.S. Currency (12-IRS-000314) which was seized from LLC JGB Enterprises on January 25, 2012 at JP Morgan Chase Bank N.A. Account #XXXXXX0604, located in Denver, CO

$11,019.88 U.S. Currency (12-IRS-000315) which was seized from Jordan Buehrer on January 25, 2012 at Public Service Credit Union Account #XXXXXX3027, located in Denver, CO

$6,500.00 U.S. Currency (12-IRS-000318) which was seized from Robert Gregg on January 25, 2012 at U.S. Bank Safe Deposit Box #1794-1, 3400 W. 38th Avenue, located in Denver, CO

$5,666.93 U.S. Currency (12-IRS-000319) which was seized from Drew Jeffrey on January 25, 2012 at U.S. Bank Account #XXXXXXXX0698, located in Denver, CO

$5,899.72 U.S. Currency (12-IRS-000320) which was seized from Drew Jeffrey on January 25, 2012 at U.S. Bank Account #XXXXXXXXX6172, located in Denver, CO

$30,007.82 U.S. Currency (12-IRS-000323) which was seized from Drew Jeffrey on January 25, 2012 at U.S. Bank Account #XXXXXXXX1124, located in Denver, CO

$10,572.89 U.S. Currency (12-IRS-000324) which was seized from Drew Jeffrey on January 25, 2012 at U.S. Bank Account #XXXXXXXX0439, located in Denver, CO

$19,680.12 U.S. Currency (12-IRS-000325) which was seized from Drew Jeffrey on January 26, 2012 at FirstBank Account #XXXXXXXX1991, located in Denver, CO

$25,629.65 U.S. Currency (12-IRS-000328) which was seized from Drew Jeffrey on

January 26, 2012 at JP Morgan Chase Bank Account #xxxxxxx6097, located in Denver, CO

Rolex Sub Mariner Watch (12-IRS-000332) which was seized from Drew Jeffrey on January 26, 2012 at JP Morgan Chase Bank Safe Deposit Box #6062-8, 2696 S Colorado Blvd., located in Denver, CO

$15,232.74 U.S. Currency (12-IRS-000333) which was seized from Drew Jeffrey on January 27, 2012 at TCF Bank Account #xxxxxx6528, located in Denver, CO

$5,525.59 U.S. Currency (12-IRS-000339) which was seized from Big Foot Motorsports on January 26, 2012 at Public Service Credit Union #XXXXXX9267, located in Denver, CO

$30,947.50 U.S. Currency (12-IRS-000340) which was seized from Drew Jeffrey on January 26, 2012 at E*Trade Securities Account #XXXXXXX8410, located in Denver, CO

$6,200.50 U.S. Currency (12-IRS-000341) which was seized from Drew Jeffrey on January 26, 2012 at Edward Jones Account #XXXXXX0010, located in Denver, CO

$16,019.66 U.S. Currency (12-IRS-000342) which was seized from Drew Jeffrey on January 26, 2012 at Core First Bank & Trust Account #XXX7692, located in Denver, CO

$2,937.27 U.S. Currency (12-IRS-000343) which was seized from Drew Jeffrey on January 26, 2012 at Bellco Credit Union Account #xxxxx7138, located in Denver, CO

$1,125.31 U.S. Currency (12-IRS-000344) which was seized from Drew Jeffrey on January 26, 2012 at Bellco Credit Union Account #xxxxx7229, located in Denver, CO

$10,315.00 U.S. Currency (12-IRS-000483) which was seized from Drew and Christina McCarthy Jeffrey on January 25, 2012 at 11843 Hannibal Street, located in Commerce City, CO

$6,934.00 U.S. Currency (12-IRS-000484) which was seized from Drew and Christina McCarthy Jeffrey on January 25, 2012 at 11843 Hannibal Street, located in Commerce City, CO

$4,130.00 U.S. Currency (12-IRS-000485) which was seized from Drew and Christina McCarthy Jeffrey on January 25, 2012 at 11843 Hannibal Street, located in Commerce City, CO

$3,967.00 U.S. Currency (12-IRS-000486) which was seized from Drew and Christina McCarthy Jeffrey on January 25, 2012 at 11843 Hannibal Street, located in Commerce City, CO

$1,091.00 U.S. Currency (12-IRS-000487) which was seized from Drew and Christina McCarthy Jeffrey on January 25, 2012 at 11843 Hannibal Street, located in Commerce City, CO

Rolex Explorer II Watch (12-IRS-000488) which was seized from Drew and Christina McCarthy Jeffrey on January 26, 2012 at 11843 Hannibal Street, located in Commerce City, CO

Tag Heuer Aquaracer Ladies Watch (12-IRS-000489) which was seized from Drew and Christina McCarthy Jeffrey on January 26, 2012 at 11843 Hannibal Street, located in Commerce City, CO

$7,910.00 U.S. Currency (12-IRS-000490) which was seized from Joseph and Michelle Smith Smith on January 25, 2012 at 3920 Sharilane St., located in Strasburg, CO

$6,195.00 U.S. Currency (12-IRS-000491) which was seized from Jordan and Britlee Barnes Buehrer on January 25, 2012 at 7620 E. 130th Ave., located in Brighton, CO

$450.00 U.S. Currency (12-IRS-000492) which was seized from Jordan and Britlee Barnes Buehrer on January 25, 2012 at 7620 E. 130th Ave., located in Brighton, CO

$5,560.00 U.S. Currency (12-IRS-000493) which was seized from Matthew McCally on January 25, 2012 at 8240 E. 145th Place, located in Brighton, CO

$760.00 U.S. Currency (12-IRS-000494) which was seized from Matthew McCally on January 25, 2012 at 8240 E. 145th Place, located in Brighton, CO

6 Silver Bars (12-IRS-000495) which was seized from Matthew and Brooke McCally McCally on January 26, 2012 at 8240 E. 145th Place, located in Brighton, CO

8 Gold Coins and 1 Gold Bar (12-IRS-000496) which was seized from Jordan and Britlee Barns Buehrer on January 28, 2012 at Storage Locker, 12045 Moline St. #501, located in Brighton, CO

$2,994.00 U.S. Currency (12-IRS-000497) which was seized from Jordan and Britlee Barnes Buehrer on January 28, 2012 at Storage Locker, 12045 Moline St. #501, located in Brighton, CO

50 - $1.00 coins (12-IRS-000498) which was seized from Jordan and Britlee Barnes Buehrer on January 28, 2012 at Storage Locker, 12045 Moline St. #501, located in Brighton, CO

17 Silver Bars and 9 Silver Coins (12-IRS-000500) which was seized from Jordan and Britlee Barnes Buehrer on January 28, 2012 at Storage Locker, 12045 Moline St. #501, located in Brighton, CO

$2,068.00 U.S. Currency (12-IRS-000501) which was seized from Jordan and Britlee Barnes Buehrer on January 25, 2012 at 7620 E 130th Ave, located in Brighton, CO

One Gold and Diamond Bracelet (12-IRS-000502) which was seized from Michael and Eric Hoffman Albert on January 26, 2012 at 2849 Hazel Ct., located in Denver, CO

$2,280.00 U.S. Currency (12-IRS-000503) which was seized from Michael and Eric Hoffman Albert on January 25, 2012 at 2849 Hazel Ct., located in Denver, CO

$1,988.00 U.S. Currency (12-IRS-000504) which was seized from Daniel & Kaelynn Gray Cichowski on January 25, 2012 at 2525 E. 104th Ave, #313, located in Thornton, CO

7361 Mad River Road, Mad River, CA 95552 (12-IRS-000779)

11843 Hannibal Street, Commerce City, CO 80022 (12-IRS-000780)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (June 05, 2012) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 901 19th Street, Denver, CO  80294, and copies of each served upon Assistant United States Attorney Tonya Andrews, 1225 17th Street, Ste 700, Denver, CO  80202, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 5, 2012 and July 04, 2012. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. 11843 Hannibal Street, Commerce City, CO, et al.

**Court Case No:**        12-CV-01433-REB
**For Asset ID(s):**      See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/05/2012 | 24.0 | Verified |
| 2 | 06/06/2012 | 24.0 | Verified |
| 3 | 06/07/2012 | 24.0 | Verified |
| 4 | 06/08/2012 | 24.0 | Verified |
| 5 | 06/09/2012 | 24.0 | Verified |
| 6 | 06/10/2012 | 24.0 | Verified |
| 7 | 06/11/2012 | 24.0 | Verified |
| 8 | 06/12/2012 | 24.0 | Verified |
| 9 | 06/13/2012 | 24.0 | Verified |
| 10 | 06/14/2012 | 24.0 | Verified |
| 11 | 06/15/2012 | 24.0 | Verified |
| 12 | 06/16/2012 | 24.0 | Verified |
| 13 | 06/17/2012 | 23.9 | Verified |
| 14 | 06/18/2012 | 24.0 | Verified |
| 15 | 06/19/2012 | 24.0 | Verified |
| 16 | 06/20/2012 | 24.0 | Verified |
| 17 | 06/21/2012 | 24.0 | Verified |
| 18 | 06/22/2012 | 24.0 | Verified |
| 19 | 06/23/2012 | 24.0 | Verified |
| 20 | 06/24/2012 | 24.0 | Verified |
| 21 | 06/25/2012 | 24.0 | Verified |
| 22 | 06/26/2012 | 24.0 | Verified |
| 23 | 06/27/2012 | 24.0 | Verified |
| 24 | 06/28/2012 | 24.0 | Verified |
| 25 | 06/29/2012 | 24.0 | Verified |
| 26 | 06/30/2012 | 23.9 | Verified |
| 27 | 07/01/2012 | 24.0 | Verified |
| 28 | 07/02/2012 | 23.9 | Verified |
| 29 | 07/03/2012 | 24.0 | Verified |
| 30 | 07/04/2012 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.