**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**   12-cv-01433-REB-MJW | FTR - Courtroom A-502 |
| **Date:**   October 15, 2012 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| UNITED STATES OF AMERICA, | Tonya S. Andrews |
| Plaintiff(s), | |
| v. | |
| 11843 HANNIBAL STREET, COMMERCE CITY, CO; | Jeffrey M. Lippa |
| 7361 MAD RIVER ROAD, MAD RIVER, CA; | (For Claimant CountryWide Home Loans) |
| 2001 FORD F-250 XL, VIN #1FTNW21F01EA67656; | Stephen L. Alonzi |
| 2000 VOLVO S80-16, VIN #YV1TS90DXY1094497; | (For Claimant Christina McCarthy) |
| $10,315.00 IN UNITED STATES CURRENCY; | |
| $6,934.00 IN UNITED STATES CURRENCY; | |
| $4,130.00 IN UNITED STATES CURRENCY; | |
| $3,967.00 IN UNITED STATES CURRENCY; | |
| $1,091.00 IN UNITED STATES CURRENCY; | |
| $30,947.50 IN UNITED STATES CURRENCY; | |
| $30,007.82 IN UNITED STATES CURRENCY; | |
| $25,629.65 IN UNITED STATES CURRENCY; | |
| $19,680.12 IN UNITED STATES CURRENCY; | |
| $16,019.66 IN UNITED STATES CURRENCY; | |
| $10,572.89 IN UNITED STATES CURRENCY; | |
| $6,200.50 IN UNITED STATES CURRENCY; | |
| $5,899.72 IN UNITED STATES CURRENCY; | |
| $5,666.93 IN UNITED STATES CURRENCY; | |
| $2,937.27 IN UNITED STATES CURRENCY; | |
| $1,125.31 IN UNITED STATES CURRENCY; | |
| $15,232.74 IN UNITED STATES CURRENCY; | |
| $5,525.59 IN UNITED STATES CURRENCY; | |
| ROLEX EXPLORER II WATCH; | |
| TAG HEUER AQUARACER LADIES WATCH; | |
| ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8; | |
| $6,195.00 IN UNITED STATES CURRENCY; | |
| $2,068.00 IN UNITED STATES CURRENCY; | |
| $450.00 IN UNITED STATES CURRENCY; | |
| LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088; | |

$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER
COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE
GOLD BAR;
FIFTY ONE-DOLLAR COINS;
$11,019.88 SEIZED FROM PUBLIC SERVICE
CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE
BANK ACCT XXXXXX0604;
$5,610.76 SEIZED FROM JP MORGAN CHASE
BANK ACCT XXXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN
#5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY;
$6,500.00 SEIZED FROM US BANK SAFE
DEPOSIT BOX 1794-1;

   Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **STATUS   CONFERENCE**
**Court in Session:**   9:03 a.m.
Court calls case.  Appearances of counsel. Also present is claimant Christina McCarthy.

Status of the case is discussed.

Ms. Andrews on behalf of the United States advises the Court that a final settlement is anticipated with Toyota Financing regarding the 2007 TOYOTA TUNDRA SR5.

Ms. Andrews on behalf of the United States advises the Court that a final settlement is anticipated with Claimant CountryWide Home Loans as to 11843 HANNIBAL STREET, COMMERCE CITY, CO, within the next two weeks.

Ms. Andrews on behalf of the United States advises the Court that the initial  Notice as to defendant property  $6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1  to Robert Gregg was insufficient.  Re-Notice has been completed and the Plaintiff anticipates filing for default against the defendant property.

Ms. Andrews on behalf of the United States advises the Court that a settlement has been reached with Mr. Buehrer as to the seized defendant property:

$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;
$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXXX0604;
$5,610.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXXX2438;.

It is noted all claims as to Drew Jeffrey and Christina McCarthy are stayed pending the outcome of related criminal cases in Adams County.
Counsel shall file a written Status Report to inform the Court of any disposition of either or both of the two pending Adams County cases 12 cr 227, Drew Jeffrey, and/or 12 cr 530, Christina McCarthy.

**It is ORDERED:**     A  **STATUS  CONFERENCE** is set  **APRIL 15, 2013   at   10:00 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Hearing concluded.

**Court in recess:**    9:15 a.m.
Total In-Court Time 00:12

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.