IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;

$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

       Defendants.
_____

**MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE ONLY AS TO DEFENDANT $6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1**
_____

       COMES NOW the United States of America, by United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, and pursuant to Fed.R.Civ.P. 55 and 21 U.S.C. § 881, moves for default and final order of forfeiture only as to defendant $6,500.00 seized from US Bank safe deposit box 1794-1 in favor of the United States.   In support, Plaintiff states:

       1.     On June 4, 2012, the United States file its Verified Complaint seeking forfeiture of the defendant properties pursuant to 21 U.S. C. § 881, including defendant $6,500.00 seized from US Bank safe deposit box 1794-1.  (Doc. 1).  All of the sworn statements in the complaint establish by a preponderance of the evidence, ample probable cause for a judgment of forfeiture.

       2.     On June 8, 2012, service to all known interested parties was mailed via first class U.S. Mail, and Certified Mail Return Receipt Requested, as evidenced by the

2

Plaintiff's Certificate of Service filed with the Court, including Robert Gregg at the address identified in his state criminal case, Adams County, Colorado Case No. 2012CR225. (Doc. 15).

3.  The notices sent to Robert Gregg, the only known individual with interest in defendant $6,500.00 seized from US Bank safe deposit box 1794-1, were returned as undeliverable to the United States.

4.  After determining a more complete address for Robert Gregg, the United States re-sent notice of the forfeiture to Mr. Gregg at that address, as evidenced by the Certificate of Service filed on July 31, 2012.  (Doc. 36).   However, this notice was also returned as undeliverable.

5.  In an abundance of caution, the United States also sent notice to Robert L. Bernhardt, Robert Gregg's attorney of record in his related state criminal case, Adams County, Colorado Case No. 2012CR225.   (Doc. 15).   This notice was received on June 11, 2012.  *See* Attachment A.

6.  The United States has not been able to identify any other current, active addresses associated with Robert Gregg in public databases.

7.  Notice was further posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 5, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed with the Court on August 6, 2012.   (Doc. 41).

8. Based on notice by publication, anyone wishing to contest forfeiture of defendant $6,500.00 seized from US Bank safe deposit box 1794-1 was required to file a Claim no later than August 4, 2012 pursuant to Rule G(5) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

9. On October 19, 2012, after proper notice, and after no claims to contest forfeiture of defendant $6,500.00 seized from US Bank safe deposit box 1794-1 were filed, the Clerk of Court entered an Entry of Default.   (Doc. 48).

10. Upon entry of the Default and Final Order of Forfeiture tendered herewith, the United States requests that the Clerk of Court be directed to enter Judgment as to defendant $6,500.00 seized from US Bank safe deposit box 1794-1.

DATED this 1st day of November, 2012.

               Respectfully submitted,

               JOHN F. WALSH
               United States Attorney

By:  s/ *Tonya S. Andrews*
     Tonya S. Andrews
     Assistant United States Attorney
     1225 17th Street, Suite 700
     Denver, Colorado 80202
     Telephone: (303) 454-0100
     E-mail: tonya.andrews@usdoj.gov
     *Attorney for Plaintiff*

## **CERTIFICATE OF MAILING**

I hereby certify that on this 1st day of November, 2012, a true copy of the foregoing was mailed to the following:

Robert Gregg
3333 E. Bayaud Avenue, #920
Denver, Colorado 80209

Robert Gregg
3263 W. 29th Avenue
Denver, Colorado 80211

and a courtesy copy of the same mailed to the following:

R. Scott Reisch, Esq.
1490 W. 121st Avenue, Ste. 202
Denver, Colorado 80234
*Attorney for Robert Gregg*

Robert Leroy Bernhardt
12970 W. 20th Avenue, Unit C
Golden, Colorado 80401
*Attorney for Robert Gregg*

                                                   s/ *Raisa Vilensky*
                                                   FSA Data Analyst
                                                   Office of the U.S. Attorney