IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;

$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1,

      Defendants.

---

## STIPULATED EXPEDITED SETTLEMENT AGREEMENT ONLY AS TO DEFENDANT 11843 HANNIBAL STREET, COMMERCE CITY, COLORADO

---

IT IS HEREBY STIPULATED by and between the United States of America, and Claimant Countrywide Home Loans, Inc. (hereinafter "Countrywide"), to compromise and settle Countrywide's interest in the following real property:

    11843 Hannibal Street, Commerce City, Colorado, more fully described as:

    LOT 11, BLOCK 2, THE VILLAGES AT BUFFALO RUN EAST,
    FILING NO. 1, COUNTY OF ADAMS, STATE OF COLORADO;
    titled in the names of Drew Jeffrey and Christina McCarthy

This Stipulated Expedited Settlement Agreement (hereinafter "Agreement") is entered into between the parties pursuant to the following terms:

1. The parties hereby stipulate that Countrywide was a bonafide purchaser for value of the lien right, title, or interest in the above described real property and that any violations of 21 U.S.C. § 881 involving defendant 11843 Hannibal Street, Commerce City, Colorado (hereinafter "defendant Hannibal Street"), occurred without the knowledge and

2

consent of Countrywide. The United States hereby waives the filing of an Answer pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Should Countrywide's interest be subsequently challenged, this agreement becomes null and void.

2.  The United States agrees that upon entry of a Final Order of Forfeiture, forfeiting defendant Hannibal Street to the United States, it will market and sell the property, and solely from the proceeds of the sale of the property, to the extent that there are sufficient proceeds, after the deduction of government expenses related to seizure, maintenance, custody, and disposal, it will pay Countrywide the following:

   a.  all unpaid principal due to Countrywide under the Deed of Trust encumbering defendant Hannibal Street, which was recorded on February 17, 2004, at Reception No. C1278547, in the official records of Adams County, Colorado, that is the current unpaid principal balance of $154,303.57;

   b.  all unpaid interest of $604.87 up to and including August 13, 2012, and $14.23 interest per diem until paid; and

   c.  miscellaneous costs of $56.00, which include outstanding recording fees.

3.  The payments to Countrywide shall be in full settlement and satisfaction of all claims by Countrywide to defendant Hannibal Street relating to the seizure of the property by the United States, and of all claims resulting from the incidents or circumstances giving rise to this lawsuit.

4. Claimant Countrywide acknowledges that by entering into this Expedited Settlement Agreement, the United States promptly recognized Countrywide's claim, and by so doing, did not cause it to incur additional costs and fees.

5. Upon payment, Countrywide agrees to release its Deed of Trust via recordable documents and to release and hold harmless the United States, and any agents, servants, and employees of the United States acting in their individual or official capacities, from any and all claims by Countrywide and its agents which currently exist or which may arise as a result of the United States' action against the property.

6. Countrywide agrees not to pursue against the United States any other rights that it may have under the mortgage instrument, including but not limited to, the right to initiate a foreclosure action.

7. Countrywide further agrees to join any government motions for interlocutory or stipulated sale of defendant Hannibal Street, within thirty (30) days of Countrywide's receipt of the motion.

8. Countrywide understands and agrees that by entering into this Agreement of its interest in defendant Hannibal Street, it waives any rights to further litigate its interest in the property and to petition for remission or mitigation of the forfeiture, and unless specifically directed by an order of the Court, Countrywide shall be excused and relieved from further participation in this action.

9. Countrywide understands and agrees that the United States reserves the right to void this Agreement and terminate the forfeiture action at any time.

10. The parties agree to execute further documents, to the extent necessary, to convey clear title to the property to the United States, and to further implement the terms of this Agreement. Each party agrees to bear its own costs and attorneys' fees.

11. The terms of this Agreement are contingent upon forfeiture of defendant Hannibal Street and the Court's entry of a Final Order of Forfeiture. Further, the terms of this Agreement shall be subject to approval by the United States District Court. Violation of any terms or conditions herein shall be construed as a violation of an Order of the Court.

12. In the event it appears defendant Hannibal Street cannot be sold by the United States for an amount sufficient to cover the amounts owing to Countrywide as outlined above, the parties agree that the United States may move to dismiss this action against the property or convey the property to Countrywide, free and clear of any encumbrances by the United States in relation to this action.

13. The United States agrees that in the event that it elects to void this Agreement and terminate the forfeiture action, Countrywide shall have all rights to enforce the Deed of Trust that existed prior to the commencement of the forfeiture action, including but not limited to the right to initiate foreclosure proceedings, free and clear of any encumbrances by the United States in relation to this action.

14. Claimant Countrywide agrees to the filing of a Motion for Final Order of Forfeiture by the United States at the appropriate time.

Respectfully submitted this 16th day of November, 2012.

JOHN F. WALSH
United States Attorney

Dated: 11/16/12

By: *(signature)*
Tonya S. Andrews
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: tonya.andrews@usdoj.gov
Attorney for Plaintiff United States

Dated: 11/16/2012

*(signature)*
Jeffrey Lippa, Esq.
GREENBERG TRAURIG, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 572-6535
Fax: (303) 572-6540
Email: lippaj@gtlaw.com
Attorney for Claimant Countrywide

6