IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;
$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;

$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

      Defendants.
_____

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)
_____

      Pursuant to and in accordance with Fed. R. Civ. P. 54(b) and the Final Order of Forfeiture entered by the Honorable Robert E. Blackburn, U.S. District Judge, the following FINAL JUDGMENT is hereby entered:

      1. The Recommendation Regarding the United States' Motion for Default and Final Order of Forfeiture Only as to Defendant $65,00.00 Seized From US Bank Safe Deposit Box 1794-1 (Docket No. 49) [#52], filed November 5, 2012, is APPROVED AND ADOPTED as an order of this court;

      2. The government's Motion for Default and Final Order of Forfeiture Only as to Defendant $6,500.00 Seized From US Bank Safe Deposit Box 1794-1 [#49], filed November 1, 2012, is GRANTED;

      3. The pursuant to 21 U.S.C. § 881, default and forfeiture, including all right, title, and interest is ENTERED in favor of plaintiff, the United States, and against defendant,$6,500.00 Seized From US Bank Safe Deposit Box 1794-1;

      4. The plaintiff, the United States, SHALL HAVE full and legal title as to defendant, $6,500.00 Seized from US Bank Safe Deposit Box 1794-1, and may dispose

of said property in accordance with law;

     5. The under 28 U.S.C. § 2465, this default and final order of forfeiture SHALL SERVE as a Certificate of Reasonable Cause as to defendant, $6,500.00 Seized from US Bank Safe Deposit Box 1794-1;

     6. Pursuant to the Court's order and finding that there being no just reason for delay, FINAL JUDGMENT pursuant to Fed. R. Civ. P. 54(b) IS HEREBY ENTERED on behalf of plaintiff, the United States of America, against defendant, $6,500.00 Seized From US Bank Safe Deposit Box 1794-1.

     DATED at Denver, Colorado this 10th day of December, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler
Deputy Clerk