IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;

$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

       Defendants.
_____

### MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE AS TO CERTAIN DEFENDANTS
_____

COMES NOW the United States of America, by United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, and pursuant to Fed.R.Civ.P. 55 and 21 U.S.C. § 881, moves for default and final order of forfeiture as to certain defendants in favor of the United States. In support, Plaintiff states:

1.    On June 1, 2012, the United States file its Verified Complaint seeking forfeiture of the defendant properties pursuant to 21 U.S.C. § 881, including the following defendants (Doc. 1):

    a.    $2,280.00 in United States Currency;
    b.    Gold and diamond bracelet;
    c.    $5,560.00 in United States Currency;
    d.    $760.00 in United States Currency;
    e.    Six silver bars;
    f.    $1,988.00 in United States Currency; and
    g.    $7,910.00 in United States Currency.

2. All of the sworn statements set forth in the Verified Complaint establish by a preponderance of the evidence, sufficient probable cause for a judgment of forfeiture.

3. On June 8, 2012, the United States sent notice to all known parties with an interest in the above-described defendant property, via first class U.S. Mail, and Certified Mail Return Receipt Requested, as evidenced by the Plaintiff's Certificate of Service filed with the Court. (Doc. 15).

4. Based on the direct notice, interested parties had until July 16, 2012 to file a claim. (Doc. 13).

5. The United States further mailed courtesy copies of the Notice of Forfeiture to the attorneys of record for these individuals in the related state criminal case, Adams County, Colorado Case No. 2012CR219. (Doc. 15).

6. Notice was further posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 5, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed with the Court on August 6, 2012. (Doc. 41).

7. Based on notice by publication, anyone wishing to contest forfeiture of defendants $2,280.00 in United States Currency, gold and diamond bracelet, $5,560.00 in United States Currency, $760.00 in United States Currency, six silver bars, $1,988.00 in United States Currency, and $7,910.00 in United States Currency was required to file a Claim no later than August 4, 2012, pursuant to Rule G(5) of the Supplemental Rules of

Admiralty or Maritime Claims and Asset Forfeiture Actions. No claims for these defendant assets have been filed by any party.

8. On September 26, 2012, after proper notice, and after no claims to contest forfeiture of defendants $2,280.00 in United States Currency, gold and diamond bracelet, $5,560.00 in United States Currency, $760.00 in United States Currency, six silver bars, $1,988.00 in United States Currency, and $7,910.00 in United States Currency were filed, the Clerk of Court entered an Entry of Default. (Doc. 45).

WHEREFORE, the United States prays for default and final order of forfeiture of defendants $2,280.00 in United States Currency, gold and diamond bracelet, $5,560.00 in United States Currency, $760.00 in United States Currency, six silver bars, $1,988.00 in United States Currency, and $7,910.00 in United States Currency in favor of the United States; for entry of a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465; and for the court to direct the Clerk of Court to enter Judgment as to these defendant assets, for the reasons set forth above.

DATED this 18th day of March, 2013.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for Plaintiff*

4

## **CERTIFICATE OF MAILING**

I hereby certify that on this 18th day of March, 2013, a true copy of the foregoing was mailed to the following:

Daniel Cichowski
2525 E. 104th Avenue, #313
Thornton, Colorado 80233

Joseph Smith
3920 Sharilane Street
Strasburg, Colorado 80136

Matthew McCally
9644 Race Way
Thornton, Colorado 80229

Brooke McCally
9644 Race Way
Thornton, Colorado 80229

Michael Albert
2849 Hazel Court
Denver, Colorado 80211

and courtesy copies mailed to the following:

Steven Ray Newell, Esq.
Newell and Decker
1226 W. 12th Avenue
Denver, Colorado 80204
*Attorney for Daniel Cichowski*

Sean T. McAllister, Esq.
McAllister Law Office
36 Steele Street, Suite 200
Denver, Colorado 80206
*Attorney for Michael Albert*

Michael A. Faye, Esq.
Colorado Public Defender's Office
12350 E. Arapahoe Rd., Suite A
Centennial, Colorado 80112
*Attorney for Matthew McCally*

5

April Meredith Elliott, Esq.
955 Bannock Street, Suite 200
Denver, Colorado 80204
*Attorney for Brooke McCally*

Christine A. Fiedorowicz, Esq.
Antoun Fiedorowicz Law Office
1544 Race Street
Denver, Colorado 80202
*Attorney for Joseph Smith*

                                              s/ *Raisa Vilensky*
                                              FSA Data Analyst
                                              Office of the U.S. Attorney