IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;

1

$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

Defendants.
_____

**RECOMMENDATION REGARDING THE UNITED STATES' MOTION FOR DEFAULT
AND FINAL ORDER OF FORFEITURE AS TO CERTAIN DEFENDANTS
(Docket No. 56)**
_____

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture as to Certain Defendants (Docket No. 56), the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after proper notice, neither the known potential claimants, nor any other third parties, have filed a Claim or Answer as to defendants $2,280.00 in United States Currency, gold and diamond bracelet, $5,560.00 in United States Currency, $760.00 in United States Currency, six silver bars, $1,988.00 in United States Currency, and

$7,910.00 in United States Currency as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default was entered by the Clerk of the Court on September 26, 2012. (Doc. 45).

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendants $2,280.00 in United States Currency, gold and diamond bracelet, $5,560.00 in United States Currency, $760.00 in United States Currency, six silver bars, $1,988.00 in United States Currency, and $7,910.00 in United States Currency, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to defendants $2,280.00 in United States Currency, gold and diamond bracelet, $5,560.00 in United States Currency, $760.00 in United States Currency, six silver bars, $1,988.00 in United States Currency, and $7,910.00 in United States Currency;

THAT the Clerk of Court shall be directed to enter Judgment as to defendants $2,280.00 in United States Currency, gold and diamond bracelet, $5,560.00 in United States Currency, $760.00 in United States Currency, six silver bars, $1,988.00 in United States Currency, and $7,910.00 in United States Currency;

NOW, THEREFORE, IT IS RECOMMENDED:

THAT the United States' Motion for Default and Final Order of Forfeiture as to Certain Defendants (Docket No. 56) be GRANTED;

THAT default and forfeiture of defendants $2,280.00 in United States Currency, gold and diamond bracelet, $5,560.00 in United States Currency, $760.00 in United States Currency, six silver bars, $1,988.00 in United States Currency, and $7,910.00 in United States Currency, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

THAT the United States shall have full and legal title as to defendants $2,280.00 in United States Currency, gold and diamond bracelet, $5,560.00 in United States Currency, $760.00 in United States Currency, six silver bars, $1,988.00 in United States Currency, and $7,910.00 in United States Currency and may dispose of said property in accordance with law;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendants $2,280.00 in United States Currency, gold and diamond bracelet, $5,560.00 in United States Currency, $760.00 in United States Currency, six silver bars, $1,988.00 in United States Currency, and $7,910.00 in United States Currency under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to defendants $2,280.00 in United States Currency, gold and diamond bracelet, $5,560.00 in United States Currency, $760.00 in United States Currency, six silver bars, $1,988.00 in United States Currency, and $7,910.00 in United States Currency.

Date:  March 19, 2013　　　　　　　s/ Michael J. Watanabe
　　　　Denver, Colorado　　　　　　　Michael J. Watanabe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge