IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01433-REB-MJW

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**11843 HANNIBAL STREET, COMMERCE CITY, CO, et al.**

**Defendants.**

---

**NOTICE OF ENTRY OF APPEARANCE OF ADAM ROSS**

---

Adam Ross hereby enters his appearance as counsel of record for Defendant Countrywide Home Loans, Inc., and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendants:

>Adam Ross, No. 45656
>Greenberg Traurig LLP
>1200 17th Street, Suite 2400
>Denver, Colorado  80202
>RossA@gtlaw.com
>Phone: (303) 572-6500
>Facsimile: (303) 572-6540

ATL 19067594v1

Respectfully submitted this 4th day of April, 2013.

> GREENBERG TRAURIG, LLP
>
> *s/ Adam Ross*
> Jeffrey M. Lippa, #36835
> Adam Ross, #45656
>
> **ATTORNEYS FOR DEFENDANT**
> **COUNTRYWIDE HOME LOANS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2013, a true and accurate copy of the above and foregoing **NOTICE OF ENTRY OF APPEARANCE OF ADAM ROSS** was electronically filed with the Clerk of Court using CM/ECF system which will send notification via email to:

Tonya S. Andrews
U.S. Attorney's Office - Denver
1225 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Tonya.Andrews@usdoj.gov

Stephen L. Alonzi, Esq.
Alonzi Pellow  Beggan, LLC
1435 Stuart Street
Denver, Colorado  80204
alonzilaw@msn.com

Ariel Zusya Benjamin, Esq.
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, Colorado  80202
abenjamin@springersteinberg.com

Travis Benjamin Simpson, Esq.
Robert J. Corry, Jr., Esq.
600 17th Street, South Tower
Suite 2800
Denver, Colorado  80202
travisbsimpson@gmail.com

*s/ Heather Bernier*
Heather Bernier
GREENBERG TRAURIG LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Tele: (303) 572-6500
Fax:  (303) 572-6540
Email:  BernierH@gtlaw.com