**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;
$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;

$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

Defendants.

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 54(b) and in accordance with the Order [#60] entered by Judge Robert E. Blackburn on April 8, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the government's **Motion for Default and Final Order of Forfeiture as to Certain Defendants** [#56], filed March 18, 2013, is **GRANTED**;

2. That pursuant to 21 U.S.C. § 881, default and forfeiture, including all right, title, and interest, is **ENTERED** in favor of plaintiff, the United States, and against defendants, $2,280.00 in United States Currency; gold and diamond bracelet; $5,560.00 in United States Currency; $760.00 in United States Currency; six silver bars; $1,988.00 in United States Currency; and $7,910.00 in United States Currency;

3. That plaintiff, United States, **SHALL HAVE** full and legal title to defendants, $2,280.00 in United States Currency; gold and diamond bracelet; $5,560.00 in United States Currency; $760.00 in United States Currency; six silver bars; $1,988.00 in United States Currency; and $7,910.00 in United States Currency, and may dispose of said

property in accordance with law;

4. That pursuant to 28 U.S.C. § 2465, the default and final order **SHALL SERVE** as a Certificate of Reasonable Cause as to defendants, $2,280.00 in United States Currency; gold and diamond bracelet; $5,560.00 in United States Currency; $760.00 in United States Currency; six silver bars; $1,988.00 in United States Currency; and $7,910.00 in United States Currency, under 28 U.S.C. § 2465;

5. That **JUDGMENT IS ENTERED** in favor of plaintiff, the United States of America, and against defendants, $2,280.00 in United States Currency; gold and diamond bracelet; $5,560.00 in United States Currency; $760.00 in United States Currency; six silver bars; $1,988.00 in United States Currency; and $7,910.00 in United States Currency, as set forth herein;

6. That defendants, $2,280.00 in United States Currency; gold and diamond bracelet; $5,560.00 in United States Currency; $760.00 in United States Currency; six silver bars; $1,988.00 in United States Currency; and $7,910.00 in United States Currency, are **DROPPED** as named parties to this action, and the case caption **AMENDED** accordingly; and

7. That there being no just reason for delay, the order is expressly made final pursuant to Fed. R. Civ. P. 54(b).

DATED at Denver, Colorado, this 9th day of April, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
    Edward P. Butler
    Deputy Clerk