# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 12-cv-01433-REB-MJW | FTR - Courtroom A-502 |
| **Date:** April 15, 2013 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| UNITED STATES OF AMERICA, | Tonya S. Andrews |
| Plaintiff(s), | |
| v. | |
| 11843 HANNIBAL STREET, COMMERCE CITY, CO;<br>7361 MAD RIVER ROAD, MAD RIVER, CA;<br>2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;<br>2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;<br>$10,315.00 IN UNITED STATES CURRENCY;<br>$6,934.00 IN UNITED STATES CURRENCY;<br>$4,130.00 IN UNITED STATES CURRENCY;<br>$3,967.00 IN UNITED STATES CURRENCY;<br>$1,091.00 IN UNITED STATES CURRENCY;<br>$30,947.50 IN UNITED STATES CURRENCY;<br>$30,007.82 IN UNITED STATES CURRENCY;<br>$25,629.65 IN UNITED STATES CURRENCY;<br>$19,680.12 IN UNITED STATES CURRENCY;<br>$16,019.66 IN UNITED STATES CURRENCY;<br>$10,572.89 IN UNITED STATES CURRENCY;<br>$6,200.50 IN UNITED STATES CURRENCY;<br>$5,899.72 IN UNITED STATES CURRENCY;<br>$5,666.93 IN UNITED STATES CURRENCY;<br>$2,937.27 IN UNITED STATES CURRENCY;<br>$1,125.31 IN UNITED STATES CURRENCY;<br>$15,232.74 IN UNITED STATES CURRENCY;<br>$5,525.59 IN UNITED STATES CURRENCY;<br>ROLEX EXPLORER II WATCH;<br>TAG HEUER AQUARACER LADIES WATCH;<br>ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;<br>$6,195.00 IN UNITED STATES CURRENCY;<br>$2,068.00 IN UNITED STATES CURRENCY;<br>$450.00 IN UNITED STATES CURRENCY;<br>LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088; | Ariel Z. Benjamin<br>   (for Claimant Drew Jeffrey)<br>Adam S. Ross<br>   (for Claimant Countrywide Home Loans) |

$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;
$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXXX0604;
$5,610.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXXX2438;   and
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;

      Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   STATUS   CONFERENCE
**Court in Session:**   10:00 a.m.
Court calls case.  Appearances of counsel.

Status of the case is discussed.

Mr. Benjamin advises the Court of the status of criminal cases pending against Claimant <u>Drew Jeffrey.</u>  Two cases are pending in Adams County 12-cr-227 and 12-cr-3520.  A motions hearing is set May 10, 2013 in case 12-cr-227 and arraignment is set April 30, 2013 in 12-cr-3520. Parties may reach a global disposition.  It is noted Claimant is in custody.
It is noted that additional items have been seized in the new Adams County  Jeffrey case and Plaintiff may need to  file an amendment to include these additional items.

Mr. Benjamin has been in contact with Stephen L. Alonzi, counsel for Claimant <u>Christina McCarthy.</u>  It is believed a "trailing disposition conference" is set in her Adams County criminal case on May 13, 2013.

It is noted by Ms. Andrews on behalf of Plaintiff that as to Claimant <u>Joanne Gleason</u> it is believed a settlement has been reached and Plaintiff is waiting for paperwork to be returned from Claimant's attorney Travis Simpson.

It is noted by Ms. Andrews on behalf of Plaintiff that as to Claimant <u>Jordan Buehrer</u> it is believed a verbal settlement as to all properties had been reached.  Claimant's attorney has not returned executed paperwork to Plaintiff.  If no response is received by the date certain given by Plaintiff

in correspondence with the attorney, Plaintiff anticipates filing for default.


**It is ORDERED:**  A  **STATUS   CONFERENCE** is set  **JULY 08, 2013 at 9:00 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

It is noted a settlement has been reached with Claimant <u>Countrywide Home Loans,</u> If the settlement is finalized and Claimant is no longer involved in this case,  appearance at the Status Conference by counsel for Claimant is excused.

Topics of discussion will include
(1) status of property in dispute
(2) status of claimants
(3) status of Adams County criminal cases


Hearing concluded.
**Court in recess:**    10:22 a.m.
Total In-Court Time 00: 22


To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.