IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;

1

$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

      Defendants.
_____

## UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE ONLY AS TO DEFENDANT 2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482
_____

The United States of America, by and through Assistant United States Attorney Tonya S. Andrews, with the concurrence of claimant Joanne Gleason, through counsel Travis B. Simpson, Esq., moves this Court to enter a Final Order of Forfeiture as to defendant 2007 Toyota Tundra SR5, VIN #5TFBV54137X024482.  In support, the Plaintiff states:

1.    The United States filed its Verified Complaint for Forfeiture *In Rem* against the defendant property pursuant to 21 U.S.C. § 881, on June 1, 2012.   (Doc. 1).

2.    All known interested parties have received notice of this action, as evidenced by the Certificates of Service filed with the Court on June 7, 8, and July 31, 2012.  (Docs. 14, 15, 36).  Notice was further posted on an official government internet site for at least 30 consecutive days, beginning on June 5, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

Forfeiture Actions (see Notice of Publication, Doc. 41).

3.      On July 16, 2012, claimant Joanne Gleason filed a Notice of Claim, claiming interest only in defendant 2007 Toyota Tundra SR5, VIN #5TFBV54137X024482 (defendant Toyota Tundra), and on July 30, 2012, filed an Answer to the Verified Complaint.  (Docs. 21, 35).   No other individual or entity has filed the requisite Claim, Answer, or any other responsive pleadings for defendant Toyota Tundra, and the time for so doing has expired.   Thus, the only parties in this action regarding defendant Toyota Tundra are the United States and claimant Joanne Gleason.

4.      The United States and sole claimant Joanne Gleason have reached a settlement resolving all issues in regard to defendant Toyota Tundra, which Settlement Agreement is attached hereto.   The terms agreed to by the parties are, *inter alia*, as follows:

a.      Claimant Joanne Gleason agrees to pay the United States, $2,000.00 to be forfeited pursuant to 21 U.S.C. § 881 in lieu of defendant Toyota Tundra, and that upon entry of the Final Order of Forfeiture, the forfeited $2,000.00 shall be disposed of in accordance with law.

b.      The parties further agree that upon entry of the Final Order of Forfeiture, the United States will promptly direct the United States Marshals Service to return defendant Toyota Tundra to claimant Joanne Gleason,

c.      A Certificate of Reasonable Cause pursuant to 29 U.S.C. § 2465 shall issue as to defendant Toyota Tundra.

5.      The United States has now received the agreed upon $2,000.00 from claimant Joanne Gleason.

6.      As evidenced by the parties' Settlement Agreement, all issues pertaining to defendant Toyota Tundra have been resolved, and the requirements of D.C.COLO.LCivR 7.1 have been met.

7.      The facts and verification as set forth in the Verified Complaint provide probable cause and an ample basis for a final judgment and order of forfeiture pursuant to 21 U.S.C. § 881 as to defendant Toyota Tundra.

WHEREFORE, the United States moves this Court pursuant to 21 U.S.C. § 881 to enter a Final Order of Forfeiture in this case, forfeiting $2,000.00 paid by claimant Joanne Gleason in lieu of defendant Toyota Tundra in accordance with the terms and provisions of the parties' Settlement Agreement, and to issue a Certificate of Reasonable Cause as to defendant Toyota Tundra pursuant to 28 U.S.C. § 2465.

DATED this 17th day of April 2013.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ Tonya S. Andrews
    Assistant United States Attorney
    1225 Seventeenth Street, Ste. 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: tonya.andrews@usdoj.gov
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following participant:

Travis B. Simpson, Esq.
*Attorney for Joanne Gleason*

s/ *Raisa Vilensky*
FSA Data Analyst
Office of the U.S. Attorney