IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;

$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

      Defendants.

## SETTLEMENT AGREEMENT AS TO DEFENDANT
## 2007 TOYOTA TUNDRA SR5, VIN 5TFBV54137X024482

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, and claimant Joanne Gleason through her attorney Travis B. Simpson, Esq., and submit the following Settlement Agreement:

1.    The United States' Verified Complaint for Forfeiture In Rem was filed on June 1, 2012, alleging that defendant 2007 Toyota Tundra SR5, VIN #5TFBV54137X024482 (hereinafter "defendant Toyota Tundra") is subject to civil forfeiture pursuant to 21 U.S.C. § 881. (Doc. 1)

2.    Joanne Gleason filed a Notice of Claim on July 16, 2012, claiming an ownership interest only in defendant Toyota Tundra. Claimant Gleason claims no interest in any of the other defendant property. (Doc. 21)

3. After proper notice, Claimant Gleason is the only party to have filed a Claim contesting forfeiture of defendant Toyota Tundra, and the time for so doing has now expired.

4. Claimant Joanne Gleason hereby agrees to pay to the United States, in readily available funds, $2,000.00 to be forfeited in lieu of defendant Toyota Tundra, and agrees that said payment will be made within 30 days of the date Claimant Gleason signs this agreement.

5. The parties agree that upon receipt of the $2,000.00 from Claimant Gleason, the United States will file a Motion for Final Order of Forfeiture for the $2,000.00 in lieu of defendant Toyota Tundra.

6. The parties agree that upon entry of a Final Order of Forfeiture, the United States will return defendant Toyota Tundra to Claimant Gleason. Claimant Gleason is not responsible for payment of the costs associated with storage of the vehicle incurred from the time of seizure through its release, provided such release occurs within thirty (30) days of notification of release.

7. The parties agree that if Claimant Gleason is unable to pay to the United States $2,000.00 within 30 days of her signing this agreement, the United States will seek a Final Order of Forfeiture for defendant Toyota Tundra. Upon sale of defendant Toyota Tundra, the United States will return to Claimant Gleason, any proceeds from the sale exceeding $2,000.00, after the lien, and all costs associated with storage and sale of the vehicle, have been paid.

8. Any attorney fees, interest, costs, and fees incurred by the parties will be their sole responsibility and obligation.

9. The parties forever and irrevocably release each other from any claims, damages, causes of action, whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory, including but not limited to 18 U.S. C. § 983 and 28 U.S. C. § 2465, with respect to the defendant Toyota Tundra, except for any civil tax liability which the interested parties understand must be handled with the Internal Revenue Service Directly.

10. Should any claims or answers be filed necessitating further administrative or judicial action regarding defendant Toyota Tundra, Claimant Gleason agrees to cooperate fully with the United States in the preparation for and handling of hearings or trial on such claims or answers, as determined by the United States.

11. This Settlement Agreement shall bind the agents, principles, affiliates, successors, assigns, personal representatives, heirs, and attorneys of each of the parties to this Settlement Agreement.

12. This Settlement Agreement shall constitute a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, regarding defendant Toyota Tundra.

13. The filing of this Settlement Agreement does not constitute a dismissal of this action. A Motion for Final Order of Forfeiture resolving all issues in this case is being filed contemporaneously herewith.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

Dated: 4/16/13

By: _____
Tonya S. Andrews
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for Plaintiff*

Dated: 4/4/13

By: _____
Travis B. Simpson, Esq.
Robert J. Corry, Jr. & Associates
600 17th Street, Suite 2800
Denver, Colorado 80202
Telephone: (303) 506-3316
E-mail: travisbsimpson@gmail.com
*Attorney for Claimant Joanne Gleason*

Dated: 4-3-13

_____
Joanne Gleason
Claimant

Notary: Delia M. Signorelli
4-3-13

DELIA M SIGNORELLI
Notary Public
State of New Jersey
My Commission Expires Sep 11, 2017