**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;

FIFTY ONE-DOLLAR COINS;
$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1,

       Defendants.
_____

### FINAL ORDER OF FORFEITURE ONLY AS TO DEFENDANT
### 2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482
_____

**Blackburn, J.**

       The matter is before me on the United States' **Unopposed Motion for Final Order of Forfeiture only as to Defendant 2007 Toyota Tundra SR5, VIN #5TFBV54137X024482** [#63][1] filed April 17, 2013. Tthe Court having reviewed said Motion FINDS:

       THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

       THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

---

[1] "[#63]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

THAT claimant Joanne Gleason, through Travis B. Simpson, Esq., has filed a Claim to contest forfeiture only as to defendant 2007 Toyota Tundra SR5, VIN #5TFBV54137X024482 (defendant Toyota Tundra), and Answer to the United States' Verified Complaint;

THAT claimant Joanne Gleason is the only party to have filed a Claim to defendant Toyota Tundra, and the time for so doing has expired;

THAT the United States and sole claimant Joanne Gleason through Travis B. Simpson, Esq., have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute regarding defendant Toyota Tundra;

THAT upon agreement of the parties, claimant Joanne Gleason agrees to forfeit pursuant to 21 U.S.C. § 881, $2,000.00 in lieu of defendant Toyota Tundra, which $2,000.00 will be disposed of in accordance with law and the terms of the parties' Settlement Agreement;

THAT the United States has received from claimant Joanne Gleason, the agreed upon $2,000.00;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

**NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1. That the United States' **Unopposed Motion for Final Order of Forfeiture only as to Defendant 2007 Toyota Tundra SR5, VIN #5TFBV54137X024482** [#63] filed April 17, 2013, is **GRANTED**;

     2. That judgment of forfeiture of $2,000.00 paid by claimant Joanne Gleason in lieu of defendant Toyota Tundra shall enter in favor of the United States;

     3. That the United States shall have full and legal title to the forfeited $2,000.00 and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

     4. That a Certificate of Reasonable Cause, which this Order constitutes, is granted as to defendant Toyota Tundra pursuant to 28 U.S.C. § 2465.

     Dated April 18, 2013, at Denver, Colorado.

                                                **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge