IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7361 MAD RIVER ROAD, MAD RIVER, CA,
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656,
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497,
$10,315.00 IN UNITED STATES CURRENCY,
$6,934.00 IN UNITED STATES CURRENCY,
$4,130.00 IN UNITED STATES CURRENCY,
$3,967.00 IN UNITED STATES CURRENCY,
$1,091.00 IN UNITED STATES CURRENCY,
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410,
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124,
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097,
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991,
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692,
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439,
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0,
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXX6172,
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698,
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138,
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229,
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528,
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267,
ROLEX EXPLORER II WATCH,
TAG HEUER AQUARACER LADIES WATCH,
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8,
$6,195.00 IN UNITED STATES CURRENCY,
$2,068.00 IN UNITED STATES CURRENCY,
$450.00 IN UNITED STATES CURRENCY,
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088,
$2,994.00 IN UNITED STATES CURRENCY,
SEVENTEEN SILVER BARS AND NINE SILVER COINS,
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR,
FIFTY ONE-DOLLAR COINS,
$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027,
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604,
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438,
GOLD AND DIAMOND BRACELET,
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482,
SIX SILVER BARS, and

$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1,

Defendants.
_____

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**
_____

This Final Judgment is entered pursuant to Fed. R. Civ. P. 54(b) and in accordance with the Order [#64] entered by Judge Robert E. Blackburn on April 18, 2013, which order is incorporated herein by this reference.

THEREFORE, IT IS ORDERED as follows:

1. That the United States' Unopposed Motion for Final Order of Forfeiture only as to Defendant 2007 Toyota Tundra SR5, VIN #5TFBV54137X024482 [#63] filed April 17, 2013, is GRANTED;

2. That judgment of forfeiture of $2,000.00 paid by claimant Joanne Gleason in lieu of defendant Toyota Tundra shall enter in favor of the United States.

3. That the United States shall have full and legal title to the forfeited $2,000.00 and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement, and

4. That a Certificate of Reasonable Cause, which this Order constitutes, is granted as to defendant Toyota Tundra pursuant to 28 U.S.C. § 2465.

DATED at Denver, Colorado this 19th day of April, 2013.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK

                                    By: s/ Edward P. Butler
                                    Edward P. Butler, Deputy Clerk