IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;

$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1,

        Defendants.
_____

### SETTLEMENT AGREEMENT ONLY AS TO CERTAIN DEFENDANT PROPERTY, AND ONLY AS TO CLAIMANT JORDAN BUEHRER
_____

COMES NOW the United States of America by and through United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, and Claimant Jordan Buehrer, and submit the following Settlement Agreement:

1. The United States' Verified Complaint for Forfeiture *In Rem* was filed June 1, 2012, alleging that all of the defendant property described therein are subject to civil forfeiture pursuant to 21 U.S.C. § 881. (Doc. 1).

2. The United States acknowledges that Jordan Buehrer has an interest in the fo9llowing defendant property:

    a. $6,195.00 in United Stated Currency;

    b. $2,068.00 in United Stated Currency;

    c. $450.00 in United Stated Currency;

    d. $2,994.00 in United Stated Currency;

    e. Seventeen Silver Bars And Nine Silver Coins

2

      f.  Eight Miscellaneous Gold Coins And One Gold Bar

      g.  Fifty One-Dollar Coins

      h.  $11,019.88 in United Stated Currency;

      i.  $10,996.76 in United Stated Currency; and

      j.  $5,610.15 in United Stated Currency.

3.    The United States and Jordan Buehrer have entered into a settlement resolving all issues pertaining to those defendant assets.

4.    Jordan Buehrer hereby consents to the forfeiture of the following defendant property pursuant to 21 U.S.C. § 881(a)(6), and that upon entry of a Final Order of Forfeiture, the forfeited property shall be disposed of in accordance with the law:

      a.  $6,195.00 in United Stated Currency;

      b.  $2,068.00 in United Stated Currency;

      c.  $450.00 in United Stated Currency;

      d.  $2,994.00 in United Stated Currency;

      e.  Seventeen Silver Bars And Nine Silver Coins

      f.  Eight Miscellaneous Gold Coins And One Gold Bar

      g.  Fifty One-Dollar Coins

      h.  $11,019.88 in United Stated Currency;

      i.  $3,996.76 of defendant $10,996.76 in United Stated Currency; and

      j.  $5,610.15 in United Stated Currency;

5.    The United States agrees to return to Jordan Buehrer, $7,000.00 of the defendant $10,996.76 in United States Currency.

6. Any attorney fees, interest, costs and fees incurred by the parties will be their sole responsibility and obligation.

7. The parties forever and irrevocably release each other from any claims, damages, causes of action whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory, including but not limited to 18 U.S.C. § 983 and 28 U.S.C. § 2465, with respect to the defendant property described above, except for any civil tax liability which the interested parties understand must be handled with the Internal Revenue Service directly.

8. Should any claims or answers be filed necessitating further administrative or judicial action regarding the defendant Currency, Claimant agrees to cooperate fully with the United States in the preparation for, handling of, hearings or trial on such claims or answers, as determined by the United States.

9. This Settlement Agreement shall bind the agents, principles, affiliates, successors, assigns, personal representatives, heirs, and attorneys of each of the parties to this Settlement Agreement.

10. This Settlement Agreement shall constitute a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, as to all defendant property.

11. The Filing of this Settlement Agreement does not constitute a dismissal of this action. A Motion for Final Order of Forfeiture only as to the defendant property listed above is being filed contemporaneously herewith. Furthermore, some of the defendant

properties in this action remain pending, and are not affected by this Settlement Agreement.

                          Respectfully submitted,

                          JOHN F. WALSH
                          United States Attorney

Dated: <u>April 23, 2013</u>          By: *Tonya S. Andrews*
                          Tonya S. Andrews
                          Assistant United States Attorney
                          1225 Seventeenth Street, Ste. 700
                          Denver, Colorado 80202
                          Telephone: (303) 454-0100
                          E-mail: tonya.andrews@usdoj.gov
                          *Attorney for Plaintiff*

Dated: <u>April 19, 2013</u>          By: *Mandarin A. Bowers*
                          Mandarin A. Bowers, Esq.
                          Law Office of Mandarin A. Bowers PC
                          1600 Stout Street, Ste. 1000
                          Denver, Colorado   80202
                          Telephone: (303) 595-8300
                          E-mail: mandarinbowers@msn.com
                          *Attorney for Jordan Buehrer*