IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;

1

$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

       Defendants.
_____

### UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE AS TO CERTAIN DEFENDANT PROPERTIES CONCERNING JORDAN BUEHRER
_____

The United States of America, by and through Assistant United States Attorney Tonya S. Andrews, with the concurrence of Jordan Buehrer, through counsel Mandarin A. Bowers, Esq., moves this Court to enter a Final Order of Forfeiture as to the following defendant properties seized from Jordan Buehrer:

    a. $6,195.00 in United Stated Currency;

    b. $2,068.00 in United Stated Currency;

    c. $450.00 in United Stated Currency;

    d. $2,994.00 in United Stated Currency;

    e. Seventeen Silver Bars And Nine Silver Coins

    f. Eight Miscellaneous Gold Coins And One Gold Bar

    g. Fifty One-Dollar Coins

    h. $11,019.88 in United Stated Currency;

2

      i.    $10,996.76 in United Stated Currency; and

      j.    $5,610.15 in United Stated Currency (collectively, "subject defendant property").

In support, the Plaintiff states:

1.    The United States filed its Verified Complaint for Forfeiture *In Rem* against the defendant property pursuant to 21 U.S.C. § 881, on June 1, 2012.  (Doc. 1).

2.    All known interested parties have received notice of this action, as evidenced by the Certificates of Service filed with the Court on June 7, 8, and July 31, 2012.  (Docs. 14, 15, 36).  Notice was further posted on an official government internet site for at least 30 consecutive days, beginning on June 5, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  (Doc. 41).

3.    On April 23, 2013, Jordan Buehrer and the United States has reached a settlement regarding his interest in the above-identified defendant property.  The United States is filing the Settlement Agreement contemporaneously with this motion.  The terms agreed to by the parties are, *inter alia*, as follows:

    a.    The parties agree that the following defendant property shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), and that upon entry of a Final Order of Forfeiture, the forfeited property shall be disposed of in accordance with the law:

      a.    $6,195.00 in United Stated Currency;

      b.    $2,068.00 in United Stated Currency;

3

    c. $450.00 in United Stated Currency;

    d. $2,994.00 in United Stated Currency;

    e. Seventeen Silver Bars And Nine Silver Coins

    f. Eight Miscellaneous Gold Coins And One Gold Bar

    g. Fifty One-Dollar Coins

    h. $11,019.88 in United Stated Currency;

    i. $3,996.76 of defendant $10,996.76 in United Stated Currency;

    j. $5,610.15 in United Stated Currency;

    b. The parties further agree that upon entry of the Final Order of Forfeiture, the United States will return to Jordan Buehrer, $7,000.00 of defendant $10,996.76 in United States Currency; and

    c. A Certificate of Reasonable Cause pursuant to 29 U.S.C. § 2465 shall issue as to all of the subject defendant property.

4. No other individual or entity has filed the requisite Claim, Answer, or any other responsive pleadings for the above-identified defendant property, and the time for so doing has expired.

5. As evidenced by the parties' Settlement Agreement, all issues pertaining to the above-identified defendant property have been resolved, and the requirements of D.C.COLO.LCivR 7.1 have been met.

6. The facts and verification as set forth in the Verified Complaint provide probable cause and an ample basis for a final judgment and order of forfeiture pursuant to 21 U.S.C. § 881(a)(6) as to the subject defendant property.

WHEREFORE, the United States moves this Court pursuant to 21 U.S.C. § 881(a)(6) to enter a Final Order of Forfeiture in this case, forfeiting the following defendant property in accordance with the terms and provisions of the parties' Settlement Agreement, and to issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465:

a. $6,195.00 in United Stated Currency;

b. $2,068.00 in United Stated Currency;

c. $450.00 in United Stated Currency;

d. $2,994.00 in United Stated Currency;

e. Seventeen Silver Bars And Nine Silver Coins

f. Eight Miscellaneous Gold Coins And One Gold Bar

g. Fifty One-Dollar Coins

h. $11,019.88 in United Stated Currency;

i. $3,996.76 of defendant $10,996.76 in United Stated Currency;

j. $5,610.15 in United Stated Currency.

DATED this 26th day of April 2013.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ Tonya S. Andrews
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system, and sent the same, postage prepaid, to:

Mandarin A. Bowers, Esq.
*Attorney for Jordan Buehrer*

                                      s/ *Raisa Vilensky*
                                      FSA Data Analyst
                                      Office of the U.S. Attorney