IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;
$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;

GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1,

    Defendants.
_____

### FINAL ORDER OF FORFEITURE AS TO CERTAIN DEFENDANT PROPERTIES CONCERNING JORDAN BUEHRER
_____

**Blackburn, J.**

The matter is before me on the United States' **Unopposed Motion for Final Order of Forfeiture as to Certain Defendant Properties Concerning Jordan Buehrer** [#67][1] filed April 26, 2013, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and Jordan Buehrer have reached a settlement, regarding Mr. Buehrer's interest in certain defendant property, and have filed a Settlement Agreement with the Court resolving all issues in dispute regarding those properties;

THAT upon agreement of the parties, claimant Jordan Buehrer agrees to forfeit to the United States pursuant to 21 U.S.C. § 881(a)(6), the following defendant property, which will be disposed of in accordance with law and the terms of the parties' Settlement Agreement:

  a. $6,195.00 in United Stated Currency;

---

[1] "[#67]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

  b. $2,068.00 in United Stated Currency;

  c. $450.00 in United Stated Currency;

  d. $2,994.00 in United Stated Currency;

  e. Seventeen Silver Bars And Nine Silver Coins

  f. Eight Miscellaneous Gold Coins And One Gold Bar

  g. Fifty One-Dollar Coins

  h. $11,019.88 in United Stated Currency;

  i. $3,996.76 of defendant $10,996.76 in United Stated Currency; and

  j. $5,610.15 in United Stated Currency;

 THAT on entry of a Final Order of Forfeiture for the above described defendant property, the United States agrees to return to Jordan Buehrer, $7,000.00 of defendant $10,996.76 in United Stated Currency; and

 THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881(a)(6).

 **NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

 1. That the **Unopposed Motion for Final Order of Forfeiture as to Certain Defendant Properties Concerning Jordan Buehrer** [#67] filed April 26, 2013, is **GRANTED**;

 2. That judgment of forfeiture of the following defendant property shall enter in favor of the United States:

  a. $6,195.00 in United Stated Currency;

  b. $2,068.00 in United Stated Currency;

  c. $450.00 in United Stated Currency;

  d. $2,994.00 in United Stated Currency;

  e. Seventeen Silver Bars And Nine Silver Coins;

  f. Eight Miscellaneous Gold Coins And One Gold Bar;

    g.  Fifty One-Dollar Coins;

    h.  $11,019.88 in United Stated Currency;

    i.  $3,996.76 of defendant $10,996.76 in United Stated Currency; and

    j.  $5,610.15 in United Stated Currency;

3.  That the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

4.  That a Certificate of Reasonable Cause, which this Order constitutes, is granted pursuant to 28 U.S.C. § 2465.

Dated April 29, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge