IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;

1

$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

       Defendants.
_____

### MOTION TO DISMISS FROM THE VERIFIED COMPLAINT WITHOUT PREJUDICE CERTAIN DEFENDANT ASSETS, SPECIFICALLY THOSE CLAIMED BY DREW JEFFREY AND/OR CHRISTINA MCCARTHY
_____

COMES NOW the United States of America, by United States Attorney John F. Walsh and Assistant United States Attorney Tonya S. Andrews, and moves to dismiss from the Verified Complaint *In Rem* without prejudice certain defendant assets, specifically those claimed by Drew Jeffrey and/or Christina McCarthy. In support, Plaintiff states:

1. On June 1, 2012, the United States file its Verified Complaint seeking forfeiture of the defendant properties pursuant to 21 U.S.C. § 881. (Doc. 1).

2. On July 16, 2012, Drew Jeffrey filed a Verified Statement of Interest, asserting his interest in the following defendant assets:

    a. 11843 HANNIBAL STREET, COMMERCE CITY, CO;
    b. 7361 MAD RIVER ROAD, MAD RIVER, CA;
    c. 2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
    d. 2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
    e. $10,315.00 IN UNITED STATES CURRENCY;

2

    f. $6,934.00 IN UNITED STATES CURRENCY;
    g. $4,130.00 IN UNITED STATES CURRENCY;
    h. $3,967.00 IN UNITED STATES CURRENCY;
    i. $1,091.00 IN UNITED STATES CURRENCY;
    j. $30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
    k. $30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
    l. $25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
    m. $19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
    n. $16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
    o. $10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
    p. $6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
    q. $5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
    $5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
    r. $2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
    s. $1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
    t. $15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
    u. $5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
    v. ROLEX EXPLORER II WATCH;
    w. TAG HEUER AQUARACER LADIES WATCH;
    x. ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8.

(Doc. 20).

3.    On July 16, 2012, Christina McCarthy filed a Verified Statement of Interest, asserting an interest in the following defendant assets:

    a. 11843 HANNIBAL STREET, COMMERCE CITY, CO;
    b. $1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229; and
    c. TAG HEUER AQUARACER LADIES WATCH.

(Doc. 23).

3

4. The instant civil case was stayed as to claimants' Drew Jeffrey and Christina McCarthy in light of pending related criminal cases. (Docs. 25 and 34). To date, the related criminal cases have not been resolved.

5. Since the filing of the Verified Complaint for Forfeiture *In Rem*, all defendant properties except those claimed by claimants Drew Jeffrey and Christina McCarthy have been resolved. *See* Docs. 54, 60, 61, and 68.

6. In November and December 2012, law enforcement seized additional assets belonging to Drew Jeffrey and/or Christina McCarthy based on additional drug activity, including:

   a. 2007 VOLVO S80, VIN YV1AS982071019817;
   b. $72,000.00 IN UNITED STATES CURRENCY;
   c. $18,252.00 IN UNITED STATES CURRENCY;
   d. $579.00 IN UNITED STATES CURRENCY;
   e. 2003 FORD F-250 SUPER DUTY XL PICKUP TRUCK, VIN 1FTNW21P13EC31363;
   f. 2010 BMW 335I, VIN WBAWL7C59AP475234;
   g. 2009 FORD ECONOLINE E250, VIN 1FTNE24W59DA47967;
   h. $10,441.37 SEIZED FROM VALLEY BANK & TRUST ACCT XXXX4545; and
   i. $1,331.71 SEIZED FROM VALLEY BANK & TRUST ACCT XXXX7208.

7. Claimants Drew Jeffrey and Christina McCarthy filed claims in the administrative forfeiture proceedings, contesting the forfeiture of these assets by the Drug Enforcement Administration and Internal Revenue Service in an administrative process. Based on these claims, the United States has until May 7, 2013, to file a judicial forfeiture action against these assets.

8. In determining if it should amend the existing Verified Forfeiture Complaint *In Rem* to include these additional assets, the United States determined that it would be

difficult to amend the complaint and retain all of the final orders of forfeiture and judgments issued based on the initial complaint. Consequently, the United States decided to file a separate and new Verified Complaint for Forfeiture *In Rem* to include all assets belonging to claimants Drew Jeffrey and Christina McCarthy.

9. Accordingly, the United States intends to file on May 7, 2013, a Verified Forfeiture Complaint *In Rem* against the assets seized in November and December 2012, and the defendant properties identified above.

10. In light of the above, because the United States intends to pursue the forfeiture of the above-identified assets in a separate and related civil action, it respectfully requests the following assets be dismissed without prejudice from the instant forfeiture action:

   a. 11843 HANNIBAL STREET, COMMERCE CITY, CO;
   b. 7361 MAD RIVER ROAD, MAD RIVER, CA;
   c. 2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
   d. 2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
   e. $10,315.00 IN UNITED STATES CURRENCY;
   f. $6,934.00 IN UNITED STATES CURRENCY;
   g. $4,130.00 IN UNITED STATES CURRENCY;
   h. $3,967.00 IN UNITED STATES CURRENCY;
   i. $1,091.00 IN UNITED STATES CURRENCY;
   j. $30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
   k. $30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
   l. $25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
   m. $19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
   n. $16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
   o. $10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
   p. $6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
   q. $5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
      $5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
   r. $2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;

    s. $1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
    t. $15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
    u. $5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
    v. ROLEX EXPLORER II WATCH;
    w. TAG HEUER AQUARACER LADIES WATCH;
    x. ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8.

11. The United States has consulted with all affected parties, including Claimant Drew Jeffrey, through counsel, Claimant Christina McCarthy, through counsel, and lienholder Bank of America, through counsel, who are in agreement with this course of action.

12. Moreover, no party is prejudiced by this course of action because no significant litigation efforts have been extended in the existing forfeiture action in light of the stays.

13. Once the Order Dismissing without Prejudice Certain Defendant Assets has been entered, all defendant assets in this action will be resolved, and this case can be terminated.

WHEREFORE, the United States requests that the above-listed defendant assets be dismissed from this action without prejudice on May 7, 2013.

DATED this 3rd day of May, 2013.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for Plaintiff*

## CERTIFICATE OF MAILING

I hereby certify that on this 3rd day of May, 2013, a true copy of the foregoing was mailed via regular and certified mail, return receipt requested to the following:

Jeffrey Lippa, Esq.
Greenberg Traurig, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
*Attorney for Bank of America*

Ariel Benjamin, Esq.
Springer & Steinberg, PC
1600 Broadway, Suite 1200
Denver, Colorado 80202
*Attorney for Drew Jeffrey*

Stephen L. Alonzi, Esq.
Alonzi Pellow Beggan, LLC
1435 Stuart Street
Denver, Colorado 80204
*Attorney for Christina McCarthy*

s/ *Raisa Vilensky*
FSA Data Analyst
Office of the U.S. Attorney