IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;
FIFTY ONE-DOLLAR COINS;

1

$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

   Defendants.

## ORDER DISMISSING WITHOUT PREJUDICE CERTAIN DEFENDANT ASSETS

   This matter having come before the Court on the United States' Motion to Dismiss from the Verified Complaint without Prejudice Certain Defendant Assets Claimed by Drew Jeffrey and/or Christina McCarthy, and the Court being fully apprised, it is hereby ORDERED:

   THAT the following defendant assets are hereby dismissed without prejudice from this action:

    a. 11843 HANNIBAL STREET, COMMERCE CITY, CO;
    b. 7361 MAD RIVER ROAD, MAD RIVER, CA;
    c. 2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
    d. 2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
    e. $10,315.00 IN UNITED STATES CURRENCY;
    f. $6,934.00 IN UNITED STATES CURRENCY;
    g. $4,130.00 IN UNITED STATES CURRENCY;
    h. $3,967.00 IN UNITED STATES CURRENCY;
    i. $1,091.00 IN UNITED STATES CURRENCY;
    j. $30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
    k. $30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
    l. $25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;

   m. $19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
   n. $16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
   o. $10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
   p. $6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
   q. $5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
      $5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
   r. $2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
   s. $1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
   t. $15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
   u. $5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
   v. ROLEX EXPLORER II WATCH;
   w. TAG HEUER AQUARACER LADIES WATCH;
   x. ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8.

SO ORDERED this _____ day of _____, 2013.

BY THE COURT:

_____
ROBERT E. BLACKBURN
United States District Court Judge

3