**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01433-REB-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
$30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
$25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
$19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
$16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
$10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
$6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
$5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
$5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX0698;
$2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
$1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
$15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
$5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;
LG 60" PLASMA TELEVISION, SERIAL #907RMAQ153088;
$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE GOLD BAR;

FIFTY ONE-DOLLAR COINS;
$11,019.88 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX0604;
$5,610.15 SEIZED FROM JP MORGAN CHASE BANK ACCT XXXXX2438;
$2,280.00 IN UNITED STATES CURRENCY;
GOLD AND DIAMOND BRACELET;
2007 TOYOTA TUNDRA SR5, VIN #5TFBV54137X024482;
$5,560.00 IN UNITED STATES CURRENCY;
$760.00 IN UNITED STATES CURRENCY;
SIX SILVER BARS;
$1,988.00 IN UNITED STATES CURRENCY;
$7,910.00 IN UNITED STATES CURRENCY; and
$6,500.00 SEIZED FROM US BANK SAFE DEPOSIT BOX 1794-1;

       Defendants.

## ORDER DISMISSING WITHOUT PREJUDICE CERTAIN DEFENDANT ASSETS

**Blackburn, J.**

The matter is before me on the government's **Motion to Dismiss from the Verified Complaint without Prejudice Certain Defendant Assets Claimed by Drew Jeffrey and/or Christina McCarthy** [#70][1] filed May 3, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the government's **Motion to Dismiss from the Verified Complaint without Prejudice Certain Defendant Assets Claimed by Drew Jeffrey and/or Christina McCarthy** [#70] filed May 3, 2013, is **GRANTED**; and

2. That the following defendant assets are **DISMISSED WITHOUT PREJUDICE** from this action:

---

[1] "[#70]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

   a. 11843 HANNIBAL STREET, COMMERCE CITY, CO;
   b. 7361 MAD RIVER ROAD, MAD RIVER, CA;
   c. 2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
   d. 2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
   e. $10,315.00 IN UNITED STATES CURRENCY;
   f. $6,934.00 IN UNITED STATES CURRENCY;
   g. $4,130.00 IN UNITED STATES CURRENCY;
   h. $3,967.00 IN UNITED STATES CURRENCY;
   i. $1,091.00 IN UNITED STATES CURRENCY;
   j. $30,947.50 SEIZED FROM E-TRADE ACCT. XXXXXX8410;
   k. $30,007.82 SEIZED FROM US BANK ACCT. XXXXXXXX1124;
   l. $25,629.65 SEIZED FROM JP MORGAN CHASE BANK ACCT. XXXXXXX6097;
   m. $19,680.12 SEIZED FROM FIRST BANK ACCT XXXXXX1991;
   n. $16,019.66 SEIZED FROM CORE FIRST BANK & TRUST XXX7692;
   o. $10,572.89 SEIZED FROM US BANK ACCT XXXXXXXX0439;
   p. $6,200.50 SEIZED FROM EDWARD JONES ACCT XXXX4700-1-0;
   q. $5,899.72 SEIZED FROM US BANK ACCT XXXXXXXX6172;
   r. $5,666.93 SEIZED FROM US BANK ACCT XXXXXXXX9698;
   s. $2,937.27 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7138;
   t. $1,125.31 SEIZED FROM BELLCO CREDIT UNION ACCT XXXXX7229;
   u. $15,232.74 SEIZED FROM TCF NATIONAL BANK ACCT XXXXXX6528;
   v. $5,525.59 SEIZED FROM PUBLIC SERVICE CREDIT UNION ACCT XXXXXX9267;
   w. ROLEX EXPLORER II WATCH;
   x. TAG HEUER AQUARACER LADIES WATCH; and
   y. ROLEX SUB MARINE WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8

Dated May 6, 2013, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

3