**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Michael J. Watanabe**

Civil Action No.   12-cv-01433-REB-MJW

FTR - Courtroom A-502

**Date:**   July 08, 2013

Courtroom Deputy, Ellen E. Miller

*Parties*

*Counsel*

UNITED STATES OF AMERICA,

Tonya S. Andrews

     Plaintiff(s),

v.

11843 HANNIBAL STREET, COMMERCE CITY, CO;
7361 MAD RIVER ROAD, MAD RIVER, CA;
2001 FORD F-250 XL, VIN #1FTNW21F01EA67656;
2000 VOLVO S80-16, VIN #YV1TS90DXY1094497;
$10,315.00 IN UNITED STATES CURRENCY;
$6,934.00 IN UNITED STATES CURRENCY;
$4,130.00 IN UNITED STATES CURRENCY;
$3,967.00 IN UNITED STATES CURRENCY;
$1,091.00 IN UNITED STATES CURRENCY;
$30,947.50 IN UNITED STATES CURRENCY;
$30,007.82 IN UNITED STATES CURRENCY;
$25,629.65 IN UNITED STATES CURRENCY;
$19,680.12 IN UNITED STATES CURRENCY;
$16,019.66 IN UNITED STATES CURRENCY;
$10,572.89 IN UNITED STATES CURRENCY;
$6,200.50 IN UNITED STATES CURRENCY;
$5,899.72 IN UNITED STATES CURRENCY;
$5,666.93 IN UNITED STATES CURRENCY;
$2,937.27 IN UNITED STATES CURRENCY;
$1,125.31 IN UNITED STATES CURRENCY;
$15,232.74 IN UNITED STATES CURRENCY;
$5,525.59 IN UNITED STATES CURRENCY;
ROLEX EXPLORER II WATCH;
TAG HEUER AQUARACER LADIES WATCH;
ROLEX SUB MARINER WATCH SEIZED FROM CHASE SAFE DEPOSIT BOX 6062-8;
$6,195.00 IN UNITED STATES CURRENCY;
$2,068.00 IN UNITED STATES CURRENCY;
$450.00 IN UNITED STATES CURRENCY;

Counsel for Countrywide Home Loans:
Jeffrey M. Lippa

$2,994.00 IN UNITED STATES CURRENCY;
SEVENTEEN SILVER BARS AND NINE SILVER
COINS;
EIGHT MISCELLANEOUS GOLD COINS AND ONE
GOLD BAR;
FIFTY ONE-DOLLAR COINS;
$11,019.88 SEIZED FROM PUBLIC SERVICE
CREDIT UNION ACCT XXXXXX3027;
$10,996.76 SEIZED FROM JP MORGAN CHASE
BANK ACCT XXXXXX0604;
$5,610.76 SEIZED FROM JP MORGAN CHASE
BANK ACCT XXXXXX2438;   and
2007 TOYOTA TUNDRA SR5, VIN
#5TFBV54137X024482;


      Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

---

**HEARING**:    **STATUS  CONFERENCE**
**Court in Session:**    9:00 a.m.
Court calls case.  Appearances of counsel.

Ms. Andrews on behalf of the United States advises the Court that all assets in this case have either been settled or filed in a separate law suit.  Ms. Andrews makes an oral motion to dismiss this civil action.  With no objections,

**It is ORDERED:**    United States' ORAL MOTION TO DISMISS is  **GRANTED** for reasons as set forth on the record.  This civil action is dismissed.


Hearing concluded.

**Court in recess:**    9:04 a.m.
Total In-Court Time 00:04


To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free   1-800-962-3345.